- 1 -

| | | |
|---|---|---|
| 1 | Your Name: | George Jarvis Austin |
| 2 | Address: | 2107 Montauban Court |
| 3 | Phone Number: | 209.915.6304 |
| 4 | Fax Number: | |
| 5 | E-mail Address: | gaustin07@berkeley.edu |
| 6 | Pro Se Plaintiff | |

**FILED**

NOV 13 2023 SC

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
Paid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV23   5836   LJC

George Jarvis Austin

(admitted student)

       Plaintiff,

   vs.

Georgetown University

   (Fed Tax ID Number: 53-0196603)

       Defendant.

Case Number    *[leave blank]*

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ✔  No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

| | |
|---|---|
| Name: | George Jarvis Austin |
| Address: | 2107 Montauban Court, Stockton, CA, 95210 |
| Telephone: | 209.915.6304 |

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 2 -

1     2.  Defendants.  [*Write each defendant's full name, address, and phone number.*]

2   Defendant 1:

3   Name: _____

4   Address: _____

5   Telephone: _____

6

7   Defendant 2:

8   Name: _____

9   Address: _____

10   Telephone: _____

11

12   Defendant 3:

13   Name: _____

14   Address: _____

15   Telephone: _____

16

17               **JURISDICTION**

18   [*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

19     3.  My case belongs in federal court

20   ☑ under federal question jurisdiction because it is involves a federal law or right.

21   [*Which federal law or right is involved?*] 42 USC 1981, Equal Protection,

22   13th, 14th Amedment, Title VI _____.

23     ☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the

24   defendants and the amount of damages is more than $75,000.

25

26

27

28

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 3 -

1

## VENUE

2

3

4

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

5

4.   Venue is appropriate in this Court because:

6

☑ a substantial part of the events I am suing about happened in this district.

7

☑ a substantial part of the property I am suing about is located in this district.

8

☐ I am suing the U.S. government, federal agency, or federal official in his or her

9

official capacity <u>and</u> I live in this district.

10

☐ at least one defendant is located in this District and any other defendants are

11

located in California.

12

13

## INTRADISTRICT ASSIGNMENT

14

15

16

17

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

18

5.   Because this lawsuit arose in <u>Alameda/San Francisco</u> County, it should be

19

assigned to the <u>(1) San Francisco/Oakland</u> Division of this Court.

20

21

## STATEMENT OF FACTS

22

23

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

24

____.____ See Complaint. _____

25

_____

26

_____

27

_____

28

_____

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 4 -

1    ____.    See Complaint

2

3

4

5

6    ____. _____

7

8

9

10

11   ____. _____

12

13

14

15

16   ____. _____

17

18

19

20

21   ____. _____

22

23

24

25

26   //

27   //

28

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

- 5 -

1

## CLAIMS

2

### First Claim

3  (*Name the law or right violated*: See Complaint                                              )

4  (*Name the defendants who violated it*: See Complaint                                          )

5  [*Explain briefly here* <u>what</u> *the law is,* <u>what each</u> *defendant did to violate it, and* <u>how</u> *you were*

6  *harmed.  You do not need to make legal arguments.  You can refer back to your statement of facts.*]

7  ____.  See Complaint

8

9

10

11  ____.

12

13

14

15  ____.

16

17

18

19  ____.

20

21

22

23  ____.

24

25

26

27

28  //

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 6 -

1

See Complaint _____ **Claim**

2  (*Name the law or right violated:* See Complaint _____)

3  (*Name the defendants who violated it:* See Complaint _____)

4  ____. _____

5  _____

6  _____

7  _____

8  ____. _____

9  _____

10  _____

11  _____

12  ____. _____

13  _____

14  _____

15  _____

16  ____. _____

17  _____

18  _____

19  _____

20  ____. _____

21  _____

22  _____

23  _____

24  ____. _____

25  _____

26  _____

27  _____

28

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

1

**DEMAND FOR RELIEF**

2
3

[*State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.*]

4

\_\_\_\_.     See Complaint

5
6
7
8
9
10
11
12
13
14

15

**DEMAND FOR JURY TRIAL**

16

[*Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.*]

17

✔  Plaintiff demands a jury trial on all issues.

18
19
20

Respectfully submitted,

21
22

Date:   11/1/23      Sign Name:

23

Print Name:   George Jarvis Austin

24
25
26
27
28

COMPLAINT
PAGE \_\_\_ OF \_\_\_ *[JDC TEMPLATE – 05/17]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE JARVIS AUSTIN, Plaintiff
(*Admitted Student* ),

**OPENING COMPLAINT (**full filing fee included; and paid in person)

v.

GEORGETOWN UNIVERSITY, et. al. Defendants.
(*Federal Tax Identification Number: 53-0196603*)

Case No. **TBA or TBD (To be Announced, Annotated or Determined)**

**George Jarvis Austin, Plaintiff (Self-represented)**
**2107 Montauban Ct., Stockton, CA**
**209.915.6304,**
**gaustin07@berkeley.edu**

**Note:  Mr. George Jarvis Austin is an *admitted* Georgetown student, filing complaint(s) about Georgetown's *ongoing* 1. Equal Protection 2. 42 USC 1981 3. Deceit, False Promises, Misrepresentations, Omissions and Actual Fraud (with Malice) 4. Negligence and 5. Bad Faith violations of his rights (including fundamental violations of privacy, contract, and publicity rights as well as those enumerated above) as witnessed by over 50+ separate persons.  As a Pro Se Litigant, and individual person, Mr. Austin upholds, and reminds of, his as well as Georgetown's ongoing duty to privacy (*and other enumerated duties*) throughout the litigation, or settlement, phases of this legal process with *$10 - $15* million *minimum* Demand depending on structure, context and timing).**

**Mr. Austin is a whistleblower; As part of providing 'notice' of documented formal complaints to Georgetown ideaa@georgetown.edu, generalcounsel@georgetown.edu, presidentsoffice@georgetown.edu, media@georgetown.edu, privacy@georgetown.edu, visualidentity@georgetown.edu, lawdeanofstudents @georgetown.edu, (showing *"deliberate indifference; discriminatory animus*)" included 50+ outside expert 'witnesses' including ocr@ed.gov, privacyTA@ed.gov, studentaid@ed.gov, and whistleblowercoordinator.oig@ed.gov, in real time.**

NOTE: Mr. Austin's (Plaintiff's, self-represented with limited resources) technology is not currently allowing the showing of line numbering although he has repeatedly attempted to correct the technological issue (it is unintentional, and *shall be corrected as soon as able*) Erickson v. Pardus, 551 U.S. 89, 94 (2007)) "a pro se complaint, .. must be held to less stringent standards than formal pleadings drafted by lawyers.")

## TABLE OF CONTENTS

Argument Summary

Photo Affidavits

Introduction

Facts

Jurisdiction

Argument Introduction (Causes of Action)

1. Georgetown is currently violating Mr. Austin's rights, as a Black man and an admitted student, to Equal Protection under the 14th Amendment and Title VI by impermissibly using race (and perhaps gender), as a Black man, to his detriment, and treating him as an inferior due to his race, compared to similarly situated non-Black male admitted students, repeatedly (refusing, and violating the basic, and foundational tenets, duties and rights Georgetown publicly espouses for ALL students, staff, professors, and third party community members).

2. Georgetown is currently violating Mr. Austin's rights, as an admitted student and Black man, to contract per 42 USC 1981 under 13th Amendment.

3. Georgetown made false promises to induce contract formation, and is still materially omitting, overtly deceiving, and misrepresenting in an *ongoing* malicious pattern of deceit to illegally deprive Mr. Austin.

4. Georgetown is currently negligent in violation of multiple duties owed Mr. Austin

5. Georgetown is currently acting in Bad Faith violating multiple duties to deprive of valuable, hard fought, and essential, fundamental rights extraneous to frustrated fruits (benefits) of contract.

Relief : **$10- $15 Million** *Minimum* Demand, as well as Injunctive (and other

relief).

"**Cinque** : Ens. : [ Covey translating for Cinque in Mende] You are a chief.

**President John Quincy Adams** : I was a chief. Yes….

**Cinque** : [in Mende] Is he going to help? He has far many more questions than answers….

**President John Quincy Adams**: Cinque, look. *I'm being honest with you. Anything less would be disrespectful*…

**Cinque**: (speaking in Mende / Ens. Covey translating) We won't be going in there alone.

**President John Quincy Adams**: Alone? Indeed not. We have right at our side. We have righteousness at our side. We have Mr Baldwin over there.

**Cinque**: (speaking in Mende / Ens. Covey translating) I meant my ancestors. I will call into the past, far back to the beginning of time….. I will reach back and draw them into me. And they must come, for at this moment, I am the whole reason they have existed at all."
https://m.youtube.com/watch?v=y8Jkls3xgvg
- **Cinque (Djimon Hounsou) and President John Quincy Adams (Anthony Hopkins) conversation before winning Supreme Court Argument, and Case:** *The United States v. the Amistad, 40 U.S. 518 (1841), Amistad*, **Movie by Steven Spielberg**

"Freeing yourself was one thing, claiming ownership of that freed self was another….To the sixty million or more, …Beloved"
- **Toni Morrison**

"I come as one, but I stand as 10000 to the 10th power!"
- (*I, George Jarvis Austin, happened to be sitting next to both Oprah and Gayle —front row next to Gayle in red, Myself in the gray suit—, before and after she gave this speech and spoke with her during commercial breaks on the depth of meaning for that particular award, and context for that speech and after learning, and listening, a bit more adopted that wisdom within myself).*
https://m.youtube.com/watch?v=wqJ7hmYhBMg
- **Oprah Winfrey, Hall of Fame Acceptance Speech,** *36th Annual NAACP Image Awards*, **2005**

**Maya Angelou to Tupac**: "May I speak with you?….Do you know how important you are? Did you know You're the best we have, and We need you desperately? Did you know that our people (*fought and*) stood on auction blocks for you? Did you know we got up before sunrise, and slept after sunset so you could be alive this day? Did you know our ancestors decided they would stay alive despite all this? Did you know they laid in their own, and others, excrement, urine, menstrual flow, feces, and filthy hatches of slave ships to stay alive for you? When was the last time someone reminded you're more valuable than you can imagine?"…..
("*… I talked to him and he calmed down. Later, when he wept, I wiped his face with my hands because I didn't have a napkin or handkerchief. Then we turned back to our location. I went to my trailer and Janet Jackson came*")
**Janet Jackson with Maya Angelou**, "Dr. Angelou, I can't believe you actually spoke to Tupac Shakur." I said, "Who is that?" I didn't know six pack or eight pack…. I didn't know who he was because in my age group his name didn't register"
- **Maya Angelou, with Tupac Shakur, then with Janet Jackson, on set of** *Poetic Justice*, **directed by John Singleton , Classic, 1993** https://m.youtube.com/watch?v=rye1jb98LSA
httpsm.youtube.com/watch?v=gCDm6UGQSBU

4:7 Wisdom is the principal thing; therefore get wisdom:
and with all thy getting get understanding.
3:13 Blessed are those who find wisdom, those who gain understanding,
3:14 for she is more profitable than silver and yields better returns than gold.
- **Proverbs, 4:7, 3:13-14**

"You Know, Kindergarten Is Like The Ocean. You Don't Want To Turn Your Back On It."
- Ms. Joyce (Penelope Ann Miller) to Mr. Kimble (Arnold Swarzenegger), Kindergarten Cop, 1990

"It doesn't matter what you say you believe - it only matters what you do."
- Robert Fulghum, All I Really Need to Know I Learned in Kindergarten

## Austin wants to be sheriff



Look out Tom Tramel, there may be a future sheriff in town.

Five-year-old George Jarvis Austin attends the Kindergarten Center and he wants to be a police officer or a sheriff when he grows up.

Son of Charlotte Hall-Austin, George has begun his school career with a positive attitude. "George is an enthusiastic learner and he is a well-liked and caring person," says one of his teachers.

His interests include T-ball and books, especially the Berenstein Bears series.

According to Principal Earl Watts, "George is a very smart child. He is totally involved in all classroom activities and loves school. With George's ability, I think he can accomplish his goals in life."

## University of California

ON THE NOMINATION OF THE FACULTY OF THE
COLLEGE OF LETTERS AND SCIENCE
HAVE CONFERRED UPON

GEORGE JARVIS AUSTIN

THE DEGREE OF BACHELOR OF ARTS
WITH A MAJOR IN SOCIOLOGY
WITH ALL THE RIGHTS AND PRIVILEGES THERETO PERTAINING

GIVEN AT BERKELEY
THIS NINETEENTH DAY OF DECEMBER IN THE YEAR
TWO THOUSAND AND NINE





**CALIFORNIA SENATE**

EXPIRATION
09/30/2013

Eye Color
Brown

Height
6-0

Austin, George

Governance & Fin



AT&T 5Gᴇ     8:08 AM     65%

AA     Q 🔒 capital fellows tops     ↻

Go gle

capital fellows tops     ×     Q

ALL   SHOPPING   IMAGES   NEWS   VIDEO

YouTube · watch

Capital Fellows Is Tops Again - YouTube

UPLOADED BY:
Sacramento State
POSTED:
Nov 29, 2012

https://www.csus.edu › center › capi...

Capital Fellows Programs | Sacramento State

Capital Fellows are placed at some of the highest levels of California state government. Learn about the different fellowship opportunities.

Missing: tops | Must include: tops



**GEORGE AUSTIN**
Consultant
Senate Governance and Finance Committee
george.austin@sen.ca.gov
(916) 651-4119







## RULES COMMITTEE

**RESOLUTION**
By
**President pro Tempore of the Senate Darrell Steinberg**
RELATIVE TO COMMENDING

# George Austin

WHEREAS, George Austin was selected from a highly competitive group of outstanding college and university graduates from California and throughout the nation, and was appointed a 2012-2013 California Senate Fellow; and

WHEREAS, George Austin, from Stockton, graduated from the University of California, Berkeley, with a Bachelor of Arts degree in Sociology; and

WHEREAS, Through his service in the Senate Committee on Governance and Finance, George Austin had the unique opportunity of acquiring a deeper understanding of the legislative process and public policy formation, while also providing assistance to Senate Members, legislative committees, and their constituencies; and

WHEREAS, The California Senate Fellows program, established in 1973 and sponsored jointly by the Senate and California State University, Sacramento, enables 18 individuals to become full-time Senate staff members in the State Capitol for 11 months and receive six units of university graduate credit; and

WHEREAS, As a result of his outstanding service as a Senate Fellow, George Austin is better equipped to provide valuable leadership and contributions to educational institutions; local, regional, state, and federal governments; and professional, business, and community endeavors in the State of California and the nation; now, therefore, be it

RESOLVED BY THE SENATE RULES COMMITTEE, That George Austin, a 2013-2013 California Senate Fellow, be commended for his exemplary service on behalf of the Members of the Senate, and extended best wishes for every success in his future endeavors.

Senate Rules Committee Resolution No. 24 adopted this 12th day of August, 2013



CHAIR
Senatoris Est Civitatis

Libertatem Tueri +



**Congratulations on Scholarship**

canadag@uchastings.edu
To GAUSTIN07@YAHOO.COM
Apr 11, 2012 at 3:58 PM

Dear George,

Congratulations once again on your admission to the University of California Hastings College of the Law Class of 2015.  **It gives me great pleasure to offer you a $15,000 Chancellor's Renewable Scholarship Award.** Based on your outstanding academic record and impressive accomplishments, I believe you are truly deserving of this award, which will amount to **$45,000** during your three years at Hastings.

The Chancellor's Scholarship Award was established to help students of exceptional promise afford their legal education, and is Hastings' largest individual scholarship.  While a demonstration of financial need is required for this scholarship, this award is renewable for up to six semesters as long as you continue to demonstrate need.

Please also keep in mind that this scholarship is given in addition to our general need based grants, which will become available beginning mid-March provided you promptly complete your FAFSA and Financial Aid Supplement. We anticipate awarding grants that will range between $7,500 and $11,500 this year.

become available beginning mid-March provided you promptly complete your FAFSA and Financial Aid Supplement. We anticipate awarding grants that will range between $7,500 and $11,500 this year.

I look forward to welcoming you to the Hastings community this fall, and hope this scholarship award will make your years as a student and alum even more rewarding. If you have any questions, please contact me directly canadag@uchastings.edu.

Sincerely,

Greg Canada
Assistant Dean of Admissions



2012-13
## CALIFORNIA SENATE FELLOWS



**About you**
**Name:** George Austin

**Hometown:** ▮▮▮▮▮

**Hobbies/Interests:** Basketball, Golf, Boxing, Cooking, Kayaking, Travel

**Favorite book(s)/movie(s)/TV show(s)/music:** Finding Forester, Goodwill Hunting, Godfather Trilogy, Coming to America, The Golden Child, Batman Begins, Dark Knight, Dark Knight Rises, Hoop Dreams, Above the Rim, Wedding Crashers, Lord of the Rings 1 & 2, Matrix 1 & 2, Ray, Hangover

The West Wing, Doug, Bloomberg Enterprise, Charlie Rose, The Mentor, Bloomberg Game Changers, Cosby Show, The Wire, Martin

Gospel, R & B, Hip-Hop, Country

The Alchemist, Purpose Driven Life, Autobiography of Malcolm X, Developing the Leader Within – John C. Maxwell, How to Win Friends and Influence People Dale Carnegie, Think and Grow Rich Napoleon Hill, 7 Habits of Highly Effective People

**Birthday:** April 12

**3 strange/unique but interesting facts about you:**
1. Up until I was sixteen my shoes size was always 1 or 2 sizes larger than my age (i.e at twelve years old I wore a size fourteen)
2. In one day I met Oprah Winfrey, Prince, Usher, Anthony Hamilton and Barack Obama
3. I've lived in four states

### Education
**College/University:** University of California, Berkeley

**Degree:** BA

**Major:** Sociology

**Advanced degrees:** Georgetown Law School- JD (deferred, begin 2013)

---

2012-13
## CALIFORNIA SENATE FELLOWS

### Goals & Work/Relevant Experience
**Activities or Work Experience after College:**
- Riordan MBA Fellows Anderson School of Business (UCLA)
- Chartered Financial Analyst Level 1 Candidate December 2012
- Chartered Financial Analyst Society Scholarship Recipient
- HAAS School of Business, Arts, Science & Engineering Program (Berkeley)

**Occupational Goals/Interests:** Business/ Law/Entrepreneurship/Finance/Education

**Policy Interests:** Economy, Finance, Appropriations, Energy, Transportation, Economic Development, Trade (International and Domestic), Tax, Banking, Insurance







Jamie Foxx - 36th NAACP Image Awards
- Outstanding Actor in a Motion Picture





Report information

George        Jarvis        Austin

(209) 915-6304   95210    gaustin07@berkeley.edu

Jan 31 2022 11:28 PM   Apr 3, 2022 9:48 PM
UTC            UTC

SSN Trace                                    Complete

Sex Offender Search                          Clear

Global Watchlist Search                      Clear

National Search                              Complete

County Searches                              Clear

San Joaquin, CA                              Clear

Alameda, CA                                  Clear

District Of Columbia, DC                     Clear



Report Summary

SSN Trace                                    Complete

Sex Offender Search                          Clear

Global Watchlist Search                      Clear

National Search                              Complete

County Searches                              Clear



**Checkr**

Report completed on Apr 5, 2022 9:38 PM UTC

Consumer Report for
**George Jarvis Austin**

Requester Company

Status
Clear

California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

**Report information**

George

Middle name
Jarvis

Last name
Austin

XXXX

(209) 975-6364

Zip code
95210

Email
gaustin07@berkeley.
edu

XXX-XX-



**Left screen:**

📶 AT&T LTE          11:14 AM          🕐 ✳ 29% ∎

☰          🔒 mail.google.com          ↻

Google+    Gmail    Calendar    Web          more

'Mega...          [icon] 🗑 ▾

*California State Senator, Fifth District*

Lois Wolk **News**

FOR IMMEDIATE RELEASE

**CONTACTS:**          Melissa Jones, (916) 651-4005

July 18, 2012

Melissa.Jones@sen.ca.gov

**Stockton residents accepted to prestigious Capitol fellowship**

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where

<   [share]   [bookmark]   [pages]

**Right screen:**

📶 AT&T LTE          11:15 AM          🕐 ✳ 29% ∎

☰          🔒 mail.google.com          ↻

Google+    Gmail    Calendar    Web          more

'Mega...          [icon] 🗑 ▾

**Stockton residents accepted to prestigious Capitol fellowship**

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where they will work for 11 months as a full-time staffer in a Senate office.

"I am grateful to be selected and very excited for the opportunity to grow, learn more about our system of government, and most importantly, to serve," said Austin, a graduate of the University of California at Berkeley.

"I feel honored to be given this opportunity," said Lane, a graduate of the University of California at Santa Barbara. "Following my term as a Senate Fellow, I hope use my knowledge acquired through the program to better my home in the Central Valley."

<   [share]   [bookmark]   [pages]





SENATE GOVERNANCE & FINANCE COMMITTEE
Senator Lois Wolk, Chair

**BILL NO:** AB 458      **HEARING:** 8/14/13
**AUTHOR:** Wieckowski      **FISCAL:** Yes
**VERSION:** 2/19/13      **TAX LEVY:** Yes
**CONSULTANT:** Austin

*INCOME TAXES: DEDUCTIONS: PUNITIVE DAMAGES*

*Repeals authority to deduct punitive damages on personal and corporate tax filings.*

### Background and Existing Law

Current law authorizes individuals and corporations to file tax deductions for the payment of monetary damages in legal cases. Under existing law plaintiffs can seek "punitive" or "exemplary" damages in legal cases where the defendant is guilty of "oppression, fraud, or malice." "Malice" means conduct which is intended by the defendant to cause injury or despicable conduct that is carried on with a willful and conscious disregard of the rights or safety of others. "Oppression" means despicable conduct that subjects a person to cruel and unjust hardship in conscious disregard of that person's rights. "Fraud" means an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury.

California courts hold that punitive damages punish the defendant and deter similar conduct. The goal of deterrence of similar conduct is both for the specific defendant who may repeat or continue offensive behavior and to other potential parties who may commit similar offenses. Punitive damages are not intended to compensate a plaintiff unlike compensatory damages, which are intended for compensation.

The Book of Approved Jury Instructions (BAJI) provides that a jury should consider two factors to determine the amount of punitive damages to award:
- The reprehensibility of the defendant's conduct.
- The amount of punitive damages, which will have a deterrent effect on the defendant in the light of defendant's financial condition.

In addition, a defendant may ask that a jury be instructed to consider that the punitive damages bear a reasonable relation to the injury, harm, or damage actually suffered by the plaintiff.





5046.

**Environmental Quality**—(9)—Hill (Chair), Gaines (Vice Chair), Calderon, Corbett, Fuller, Hancock, Jackson, Leno and Pavley.  Chief Consultant: Rachel Machi Wagoner.  Consultants: Rebecca Newhouse and Joanne Roy.  Assistant: Sue Kumpulainien.  Phone: (916)651–4108.  Room 2205.

**Governance and Finance**—(7)—Wolk (Chair), Knight (Vice Chair), Beall, DeSaulnier, Emmerson, Hernandez and Liu.  Staff Director: Gayle Miller. Consultants:  George Austin, Toby Ewing, Colin Grinnell, Samantha Lui and Brian Weinberger.  Assistants:  Marisa Lanchester and Krimilda McKenzie.  Phone: (916) 651–4119.  Room 408.

**Governmental Organization**—(11)—Wright (Chair), Vacant (Vice Chair), Berryhill, Calderon, Cannella, Correa, de León, Galgiani, Hernandez, Lieu and Padilla.  Staff Director: Arthur Terzakis.  Consultant:  Paul Donahue.  Assistant: Brenda K. Heiser.  Phone:  (916)651–1530. 1020 N Street, Room 584.

**Health**—(9)—Hernandez (Chair), Anderson (Vice Chair), Beall, de León, DeSaulnier, Monning, Nielsen, Pavley and Wolk.  Staff Director: Melanie Moreno. Consultants: Scott Bain, Vincent D. Marchand, Tanya Robinson–Taylor and Katie Trueworthy.  Assistants:  Dina Lucero and Alex Norring.  Phone (916)651–4111.  Room 2191.

**Human Services**—(6)—Yee (Chair), Berryhill (Vice Chair), Emmerson, Evans, Liu and Wright.  Chief Consultant:  Mareva Brown.  Consultant:  Sara Rogers.  Assistant: Mark A. Teemer Jr.  Phone: (916)651–1524.  1020 N Street, Room 521.



## STANDING COMMITTEES OF THE SENATE

**Agriculture**—(5)—Galgiani (Chair), Cannella (Vice Chair), Berryhill, Lieu and Wolk. Consultant: Anne M. Megaro. Assistant: Jone McCarthy. Phone: (916)651–1508. 1020 N Street, Room 583.

**Appropriations**—(7)—de León (Chair), Walters (Vice Chair), Gaines, Hill, Lara, Padilla and Steinberg. Staff Director: Mark McKenzie Consultants: Robert Ingenito, Marie Liu, Brendan McCarthy, Jolie Onodera, Maureen Ortiz and Jacqueline Wong–Hernandez. Assistants: Jennifer Douglas and Larissa Pitts. Phone: (916)651–4101. Room 2206.

**Banking and Financial Institutions**—(9)—Correa (Chair), Berryhill (Vice Chair), Beall, Calderon, Hill, Hueso, Roth, Torres and Walters. Staff Director: Eileen Newhall. Assistant: Rae Flores. Phone: (916)651–4102. Room 405.

**Budget and Fiscal Review**—(16)—Leno (Chair), Emmerson (Vice Chair), Anderson, Beall, Berryhill, Block, DeSaulnier, Hancock, Jackson, Monning, Nielsen, Price, Roth, Torres, Wright and Wyland. Staff Director: Keely Bosler. Deputy Staff Director: Mark Ibele. Consultants: Michelle Baass, Kim Connor, Catherine Freeman, Jennifer Troia, Joe Stephenshaw and Brady Van Engelen. Assistants: Glenda Higgins and Mary Teabo. Phone: (916)651–4103. Room 5019.

**Business, Professions and Economic Development**—(10)—Lieu (Chair), Emmerson (Vice Chair), Block, Corbett, Galgiani, Hernandez, Hill, Padilla, Wyland and Yee. Chief Consultant: Bill Gage. Consultants: G.V. Ayers, Le Ondra Clark and Sarah Mason. Assistant: Kathleen Sullivan. Phone: (916)651–4104. Room 2053.

**Education**—(9)—Liu (Chair), Wyland (Vice Chair), Block, Correa, Hancock, Hueso, Huff, Monning and Torres. Staff Director: Daniel Alvarez. Principal Consultants: Kathleen Chavira, Lenin Del Castillo and Lynn Lorber. Assistants: Barbara Montero and Vanessa Cisneros. Phone: (916)651–4105. Room 2083.

**Elections and Constitutional Amendments**—(5)—Torres (Chair), Anderson (Vice Chair), Hancock, Padilla and Yee. Chief Consultant: Darren Chesin. Consultant: Frances Tibon–Estoista. Assistant: Maria Lerma. Phone: (916)651–4106. Room 2203.

**Energy, Utilities and Communications**—(11)—Padilla (Chair), Fuller (Vice Chair), Cannella, Corbett, de León, DeSaulnier, Hill, Knight, Pavley, Wolk and Wright. Chief Consultant: Kellie Smith. Principal Consultant: Jacqueline Kinney. Assistant: Melanie Cain. Phone: (916)651–4107. Room 5046.

**Environmental Quality**—(9)—Hill (Chair), Gaines (Vice Chair), Calderon, Corbett, Fuller, Hancock, Jackson, Leno and Pavley. Chief Consultant: Rachel Machi Wagoner. Consultants: Rebecca Newhouse and Joanne Roy. Assistant: Sue Kumpulainien. Phone: (916)651–4108. Room 2205.

**Governance and Finance**—(7)—Wolk (Chair), Knight (Vice Chair), Beall, DeSaulnier, Emmerson, Hernandez and Liu. Staff Director: Gayle Miller. Consultants: George Austin, Toby Ewing, Colin Grinnell, Samantha Lui and Brian Weinberger. Assistants: Marisa Lanchester and Krimilda McKenzie. Phone: (916) 651–4119. Room 408.

**Governmental Organization**—(11)—Wright (Chair), Nielsen (Vice Chair), Berryhill, Calderon, ...

## STANDING COMMITTEES OF THE SENATE

DIAGRAM OF SENATE CHAMBER, SHOWING MEMBERS AND SEATING ARRANGEMENT—2013–2014 REGULAR SESSION

*Senatoris Est Civitatis Libertatem Tueri—It is the Duty of the Senators to Protect the Liberty of the People*

ORDER OF BUSINESS
SENATE PUBLICATIONS

# unique

## GEORGETOWN LAW

Combining a world-renowned faculty, a dedication to intellectual stimulation and community, and a location in the heart of the nation's capital, Georgetown is a unique place to study law.

### Legal Education in its Fullest Sense

### A Dynamic Intellectual Community

### An Unparalleled Vantage Point



GEORGETOWN UNIVERSITY LAW CENTER

*Office of the Dean of Students*

February 28, 2019

George Austin
████████████
████ CA ████

Dear George,

Per your request, please find enclosed copies of the two Georgetown Law admissions brochures of which we are aware that include an image of you.

Sincerely,

Mitch Bailin
Associate Vice President and Dean of Students

600 New Jersey Avenue NW · Washington DC 20001-2075
(202) 662-4066

"Did you see the Persian tapestries that are hanging in my dining hall?

Did you see the garden that it took the master gardener ten years to create?

Did you notice the beautiful parchments in my library?"...

The boy was embarrassed, and confessed that he had observed nothing. His only concern had been not to spill the oil that the wise man had entrusted to him.

Then go back and observe the marvels of my world," said the wise man.

Relieved, the boy picked up the spoon and returned to his exploration of the palace, this time observing all of the works of art .... Upon returning to the wise man, he related in detail everything he had seen.....

But where are the drops of oil I entrusted to you?" asked the wise man.

Looking down at the spoon he held, the boy saw that the oil was gone... "Well, there is only one piece of advice I can give you," said the wisest of wise men.

*The secret of happiness is to see all the marvels of the world, and never to forget the drops of oil on the spoon.*"

> **- The Alchemist, Paulo Coehlo, Wisdom from King Malchezidek, while sitting on a bench in Tarifa, to Santiago (*the boy who became the Alchemist*).**

## FACTS

"From: Ashley L Jennings <alb225@law.georgetown.edu>
To: "gaustin07"
Sent: Thursday, May 31, 2012 at 09:27:12 AM PDT
Subject: RE: 1-year Deferral Request for Capital Fellows Program- George Austin

Hi George,


This e-mail serves as official notification that your request to defer admissions to Georgetown University Law Center until Fall 2013 has been granted, and Dean Cornblatt looks forward to welcoming you to the full-time program next fall. As mentioned in our previous correspondence, your deferment is binding and you should begin withdrawing all other pending law school applications. Please note it is your responsibility to notify us, in writing, of any change of address during your deferment period so that we may forward future correspondence to you.

Our records indicate that your first tuition deposit (totaling $400) has been received. This deposit is non-refundable and will be credited toward the tuition for your first year.

Your second tuition deposit will be due in June 2013. You'll be able to find more information once we launch next year's admitted student website.

Please let me know if you have any questions, and best of luck to you in the coming year!

Warm regards,

Ashley Jennings

Assistant Manager, Office of Admissions

Georgetown University Law Center

600 New Jersey Ave., NW, Room 589

Washington, DC 20001

202.662.9010 Phone

202.662.9439 Fax

From: George Austin [mailto:gaustin07]
Sent: Wednesday, May 30, 2012 2:52 PM
To: Ashley L Jennings
Cc: Admitted Student Hotline
Subject: 1-year Deferral Request for Capital Fellows Program- George Austin

Hi Ashley,

I sent this a few days back, but I just saw in my email that there was an error while trying to send.

So I am resending just in case it was not received. Please let me know you have received this request.

Thank you very much for your previous follow up and the guidelines you provided.

I was recently accepted into the Capital Fellows Program and would like to request a 1-year deferral.

Below is my formal request based on those guidelines.

Please let me know if anything else is needed for a successful request.

Thank you,

George


Dear Dean Cornblatt and Members of the Admissions Committee,

I am extremely excited about attending Georgetown Law School.

I look forward to the wonderful learning environment and the opportunity to grow with my classmates.

I plan to be one of the best Georgetown students and alumni in the history of the school.  To achieve this goal I want to maximize key opportunities to expand my understanding of the law, its context and its application.

One great opportunity for me to grow toward my goal is as a Capital Fellow (http://www.forbes.com/sites/susanadams/2011/03/09/the-best-internships-for-2011/).

I have been selected as 1 of 18 Senate Fellows nationally within the Capital Fellows program.  As a top 10 fellowship according to Vault & Forbes this provides a benefit both pre and post law school.  The opportunity to help draft state law and get a truly hands-on feel for one aspect of the legal and political system will be beneficial to my understanding.  It will also help provide an additional depth of experience to add value to classroom discussions. From my research on the program, I am convinced it will be a net positive experience and a value add for Georgetown, myself and my classmates.

The Capital Fellows is an efficient 10 month paid program that would require only a year deferral to participate.


I formally request a one year deferral to grow my legal understanding through participation in the Capital Fellows Program.

I understand that deferment is binding and conditioned upon me not pursuing admissions, holding deferral, or attending another law school prior to matriculating at Georgetown Law.

I fully agree with those terms.

I am excited to be a GULC student and look forward to being able to add increased value to Georgetown, my peers and myself through participation in the Capital Fellows Program.

I have included key portions of the Senate Fellows Acceptance Letter below.

Please let me know your decision.

Thank you again for the wonderful opportunity to attend Georgetown and I look forward contributing to Georgetown's exceptional legacy.


George Austin


--------------Senate Fellows Acceptance Letter-----------------------------------------------

May 15, 2012


Dear George Austin,

Congratulations! On behalf of the California State Senate and the Center for California Studies at Sacramento State University, it is my pleasure to offer you a position as a 2012-2013 California Senate Fellow.  You are an outstanding applicant, and the selection committee believes you will have much to contribute to—and benefit from—the Senate Fellowship program.  We strive to provide Fellows with a comprehensive, experiential learning opportunity that is professionally and personally fulfilling.


As is the case every year, our offer, including benefits and a number of graduate units, is contingent on final adoption and approval of funding in the state budget.  The Legislature and Governor Jerry Brown are very supportive of the program, and we are very confident in being able to fund a full class of 18 Fellows.


Senate Fellows receive a monthly stipend of $1,972 plus comprehensive health coverage and visual and dental benefits.  If you have pending student loans, repayment can be deferred during your fellowship year. The Senate program pays the tuition, books, and fees required

to register as a graduate student at the California State University of Sacramento and you can earn up to 6 units of graduate student university credit.

We want to inform you of the availability of the Timothy A. Hodson Capital Fellows Assistance Fund for fellows accepted into the program. There will be one or more awards not to exceed a grand total of $5,000. For additional information see attachment.

We look forward to working with you this year. Should you have any additional questions, concerns, or would just like to talk, please don't hesitate to contact us. You can contact David Pacheco at (916) 278-5408 or on his cell at (916) ███████. You may also reach me at (916) 278-4874.

Congratulations and best wishes!

Sincerely,

Jennifer Calbonero

Jennifer Calbonero, Program Assistant

California Senate Fellows"





--------- Forwarded message ---------
From: George Austin <gaustin07@berkeley.edu>
Date: Mon, Sep 11, 2023 at 11:51 AM
Subject: 9.11.23 - List of Previously, and Still, Unanswered Questions Re: Misstatements and Omissions
To: ideaa@georgetown.edu <ideaa@georgetown.edu>
CC: <Olabisi.Okubadejo@georgetown.edu>, emb257@georgetown.edu <emb257@georgetown.edu>,
<kilkennr@georgetown.edu>, <lawdeanofstudents@georgetown.edu>, presidentsoffice@georgetown.edu
<presidentsoffice@georgetown.edu>, vicepresident@georgetown.edu <vicepresident@georgetown.edu>

Good Afternoon, Georgetown University

1. Why did Georgetown not ask my permission before using my up close photo for advertising purposes?

2. Why did Georgetown not get my written consent, nor use of form (as reasonable expectation of privacy standards
are similar for medical and student records) for use or release of an up close photo of an admitted student for
advertising or marketing purposes?

3. Why was it materially omitted that the photo was taken, was made public, and was used without my consent, to
the person and admitted student [whose] rights were being exploited?

4. Why when I first asked Georgetown leadership, (after someone outside of the school was the first to tell me my
photo was being used for that purpose) was the photo authentic, and actually being used for advertising, was it
affirmatively denied, and I was lied to?

5. Why when several months later, after Mitch Bailin finally admitting that they in fact took the photo and used the
photo for that purpose, did they refuse to tell how many physical brochures were sent or used in California, and
elsewhere for that matter?

6. Why was that material information repeatedly omitted by Mitch Bailin and Georgetown University Leadership,
and continues to be omitted to date, despite my repeated inquiries?

7. I have placed at least [5]0+ formal and informal complaints related to this specific set of topics with IDEAA and
Georgetown Leadership ; why has no investigation, nor even follow up inquiry by those tasked to investigate these
types of issues taken even a cursory step toward investigation nor resolution despite me being an admitted student?

Thank you,

George Jarvis Austin


"Figure it out for yourself, my lad,
You've all that the greatest of men have had,
... arms, ... hands, ... legs, ... eyes,
And a brain to use if you would be wise.
With this equipment they all began,
So start for the top and say "I can."

Look them over, the wise and great,
They take their food from a common plate
And similar knives and forks they use,
With similar laces they tie their shoes,
The world considers them brave and smart.
But you've all they had when they made their start.

You can triumph and come to skill,
You can be great if only you will,

You're well equipped for what fight you choose,
You have legs and arms and a brain to use,
And the man who has risen, great deeds to do
Began his life with no more than you.

You are the handicap you must face,
You are the one who must choose your place,
You must say where you want to go,
How much you will study the truth to know,
God has equipped you for life, But He
Lets you decide what you want to be.

Courage must come from the soul within,
The man must furnish the will to win,
So figure it out for yourself, my lad,
You were born with all that the great have had,
With your equipment they all began.
Get hold of yourself, and say: "I can."

-   **George Washington Carver, famous Black inventor read Mr. Guest's poem; "EQUIPMENT"
    during his commencement address at *Selma* University, *Selma Alabama* on May 27, 1942.**

1.      Approximately 23 years before Selma, Alabama's 'Bloody Sunday' a pivotal

moment in the Civil Rights Movement, (www.history.com/news/selma-

bloody-sunday-attack-civil-rights-movement#:~:text=In%20January%201965%2C%

20Martin%20Luther,%E2%80%9CThis%20is%20Selma%2C%20Alabama.), George

Washington Carver, one of our country's and the world's most brilliant-creative

minds, reminded Selma's future leadership of its ability to overcome *any* challenge

while reading Mr. Guest's poem; "EQUIPMENT" (*whether that challenge is facing*

*inward, or heading outward, including the evils of racial anti-Black segregation,*

*anti-Black subordination, anti-Black degradation, and infliction of Black inferiority*

*throughout all strains of society*).  See also e.g. (*in the Court's 237 page opinion*)

Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No.

20-1199, 104 (U.S. Jun. 29, 2023) ("In fact, [truly] meritocratic systems have long

refuted bigoted misperceptions of what [B]lack students [men, and people] can

accomplish.").  It's important to note that Dr. Carver did so at an historically Black

college, at a time when Black history, and Black identity (even at HBCU's), was

highly suppressed and oppressed (*with America's own Nazification, or*

*'Gleichschaltung,' victimizing Black people with overlapping totalitarian control*

*mechanisms, and extra-legal torture in Jim Crow era*). Moreover, it was taught in a

way to ultimately fuel notions of Black inhumanity, or Black inferiority, that Dr.

Carter G. Woodson (*founder of Black History Month; which 'should' be celebrated*

*throughout the year, not just February*) articulated so brilliantly, and poignantly, in

the 'Mis-Education of the [so called] Negro' (*originally published 9 years before Dr.*

*Carver's Speech*).  See e.g. The Mis-Education of the Negro. By Carter Godwin

Woodson. (Washington: The Associated Publishers, Inc., 1933:

("The so-called modern education, with all its defects, however, does others so much more good than it does the [so-called Negro; Black people], because it has been worked out in conformity to the needs of those who have enslaved and oppressed…. For example, the philosophy and ethics resulting from our educational system have justified slavery, peonage, segregation, and lynching. The oppressor has the right to exploit, to handicap, and to kill the oppressed. [so-called Negroes; Black people] daily educated in the tenets of such a religion of the strong have [*wrongly*] accepted the status of the weak as divinely ordained, and during the last three generations of their nominal freedom they have done practically nothing to change it. Their pouting and resolutions indulged in by a few of the race have been of little avail…. *'When you control a man's thinking you do not have to worry about his actions'*…. You do not have to tell him not to stand here or go yonder. He will find his "proper place" and will stay in it. You do not need to send him to the back door. He will go without being told. In fact, if there is no back door, he will cut one for his special benefit. His education makes it necessary…..

The same educational process which inspires and stimulates the oppressor with the thought that he is everything and has accomplished everything worth while, depresses and crushes at the same time the spark of genius in the [so-called Negro; Black People] by making him feel that his race does not amount to much and never will measure up to the standards of other peoples……The "educated [so-called Negroes; Black people]" have the attitude of contempt toward their own people instead *in their own as well as in their mixed [integrated] schools [*so-called Negroes; Black people] are taught to admire the Hebrew, the Greek, the Latin and the Teuton and to despise the African. Of the hundreds of Negro high schools recently examined by an expert in the United States Bureau of Education only eighteen offer a course taking up the history of the [so-called Negro; Black people], and in most of the Negro colleges and universities where the Negro is thought of, the race is studied only as a problem or dismissed as of little consequence…..*The thought of the inferiority* of the [so-called Negro; Black people] is drilled into him in almost every class he enters and in almost every book he studies. If he happens to leave school after he masters the fundamentals, before he finishes high school or reaches college, he will naturally escape some of this bias and may recover in time to be of service to his people…..

Practically all of the successful [so called Negroes; Black people] in this country are of the uneducated type or of that of [so called Negroes; Black people] who have had no formal education at all…..As another has well said, *'to handicap a student by teaching him that his [B]lack face is a curse and that his struggle to change his condition is hopeless is the worst sort of lynching'*. It kills one's aspirations and dooms him … It is strange, then, that the friends of truth and the promoters of freedom have not risen up against the present propaganda in the schools and crushed it. This crusade is much more important than the anti-lynching movement, because there would be no lynching if it

did not start in the schoolroom. *Why not exploit, enslave, or exterminate a class that everybody is taught to regard as inferior?.....*

To be more explicit we may go to the seat of the trouble. Our most widely known scholars have been trained in universities outside of the South. Northern and Western institutions, however, have had no time to deal with matters which concern the [so called Negro; Black people] especially. They must direct their attention to the problems of the majority of their constituents, and *too often they have stimulated their prejudices by referring to the [so called Negro; Black people] as unworthy of consideration.....*")

2.      Dr. Carver reminds us all, as he reminded that specific portion of leadership, and survivors of the *Black American Holocaust* www.abhmuseum.org/about/ what-is-the-[B]lack-holocaust/ *,* through a message of self development, edification, self knowledge, and self confidence that "I can."  I, George Jarvis Austin, am an autodidact, and developing polymath like a. Frederick Augustus Washington Bailey Douglass, abolitionist Lion of Anacostia against anti-Black racism, racial abuse in its many iterations, and American Chattel enslavement (the most brutal, damaging), and b. Abraham Lincoln, Eagle and President of the United States of America, who learned the law, and practiced, through self-teaching, and self edification.  Lincoln, as a store clerk rising from rural poverty, had a uniquely autodidactic, interesting, path to the bar, and Presidency at a time in the U.S. when one could practice law and legally advocate for others in the Courts, *if considered a White man in America's racial caste system (at the time),* without attending law school, passing the bar, or getting bar certified (or licensed) in the ways and means now mandatory.  See e.g. abaforlawstudents.com/2021/11/04/evolution-of-the-bar-exam/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed% 3A+BeforetheBar+%28Before+the+Bar+Blog%29#:~:text=In%201855%2C%20Mass achusetts%20became%20the,exam%2C%20consisting%20of%20only%20essays. (In 1855, Massachusetts became the first state to administer a written bar exam, ....

The American legal profession grew in conjunction with the United States'
emerging political, social, and economic systems.....Following the establishment of
the first bar examinations, law schools began to emerge in the 1870s and the
process of becoming a lawyer changed.). See also; www.loc.gov/exhibits/lincoln/
young-lincoln.html#:~:text=Born%20in%20a%20Kentucky%20log,to%20supplement
%20his%20family's%20income.

3.      Of course, A Party can legally represent (*and advocate for*) themselves even
under current law with the ways and means now mandatory, but cannot act as an
attorney 'for another' until bar certified in the respective State, or Jurisdiction.  See
28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and
conduct their own cases personally ...., by the rules of such courts, respectively, are
permitted to manage and conduct causes therein.....Current through P.L. 118-14
(published on www.congress.gov on 09/22/2023) Section 1654 - Appearance
personally..")  Like Mr. Curt Flood in 1956 (m.youtube.com/watch?v=Q-gZEGyf-7g),
Mr. Austin, 56 years later, began his professional process and consummated with
$400 consideration for Georgetown's  student contract without the aid of an
attorney.  See e.g. Flood v. Kuhn U.S. Jun 19, 1972 407 U.S. 258 (1972) (Curtis
Charles Flood, ...began his major league career in 1956 when he signed a contract
with the Cincinnati Reds ...He had no attorney or agent to advise him on that
occasion.)  Mr. Austin is recovering from severe injuries causing temporary physical
disability both in the workplace at Tesla, and a separate car accident creating
strains on every part of life, study (Straight A's, and A+'s last nine semesters),

healing process and employment (working more than full time while representing

himself (self-represented), and notes in advance his likely need for physical ADA

Accommodation(s) until fully healed (*as physical injury causing temporary disability*

*is creating additional challenges, and constraints, with caseload responsibilities*

*similar to that of a corporate law firm associate, but done Pro Se (self represented)*

*without the structural supports of research departments, information tech,*

*paralegals, legal secretaries, nor a law degree, nor law license, or corporate law*

*expenditure accounts.)*   Contextually, it's important to note *Mr. Austin is still*

*healing from ongoing severe physical injuries that have been very slow to recover due*

*to the unanticipated severity of his soft tissue injuries).  Mr. Austin also reminds to*

*be mindful of Erickson v. Pardus mandate(s), especially in this context.  see* Erickson

v. Pardus, 551 U.S. 89, 94 (2007)) "a pro se complaint, .. must be held to less

stringent standards than formal pleadings drafted by lawyers.")

4.      Mr. Austin, who is self represented, is not a juris-doctor (JD) nor has *ever*

taken the bar, is a severely injured worker *still* recovering from temporary

disability, has a pristine, clean and clear background (see above) with great and

strong character (eligible for any employment, or position, including President of

the United States).  Although not a barred (licensed) attorney, Mr. Austin is

empowered to represent himself *legally*, has good credit, is a good person, is a

Straight A student (the last 9 semesters), is a member of protected classes (*Black*

*man, recovering from temporary disability from car accident, and injury working at*

*Tesla*) with pristine, clean and clear background. See above and below affidavits.



··ıl  AT&T  LTE  1:35 PM  &#9673; 88% ⚡

## Today  Personalize

**728**
TransUnion
Good

**717**
Equifax
+8 pts • Good

 Next check tomorrow

Scores calculated using VantageScore 3.0 &#9432;

 **Credit Karma Money™**  $11.23
2 accounts

## The card your wallet's been waiting for  See all

Personalized offers shown from paid partners are

| Today | Credit | Cards | Loans | Money |

Checkr

George Jervis Austin   WorkWhite

California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Solo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

2 of 2

5.      In the Supreme Court's *237* page opinion they remind of how Black students, and people, have long befuddled bigotry and run circles around racism (*especially when there is a meritocratic system*).  See e.g. Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 104 (U.S. Jun. 29, 2023) ("In fact, [truly] meritocratic systems have long refuted bigoted misperceptions of what [B]lack students [men, and people] can accomplish.").  Mr. Austin is previously identified as top 5% out of 20,000+ students, accepted to 100% of top tier colleges applied to including UCLA and Berkeley, graduated and did well at Berkeley (#1 in

major, public, [& overall per Forbes (#1 in major, public, [& overall per Forbes

www.forbes.com/sites/madisonfernandez/2021/09/08/why-berkeley-is-number-one/?s
h=2bbb1b7a47e0 ]).  See e.g. Students for Fair Admissions, Inc. v. President &

Fellows of Harvard Coll., No. 20-1199, 202 (U.S. Jun. 29, 2023) ("California

amended its State Constitution to prohibit race-conscious college admissions in

1996…University of California, Berkeley, a top public university not just in

California but also nationally…For example, the University of California

purportedly recently admitted its "most diverse undergraduate class ever," despite

California's ban on racial preferences. … UC Admits Largest, Most Diverse Class

Ever, But It Was Harder To Get Accepted, L. A. Times, July 20, 2021,,")

Mr. Austin had already scored in the top 1% of Black students worldwide on the

LSAT (top 5-10% overall worldwide; scored *several* timed *perfect scores, can easily*

*score even higher*).  See e.g. Department of Fair Employment & Hous. v. Law School

Admission Council, Inc., 941 F. Supp. 2d 1159, 1168 (N.D. Cal. 2013) :

> ("the LSAT as playing a "crucial role" in "determining applicants' admission to law school
> (and by extension, to the legal profession….filed suit to halt the ongoing harm to persons …
> who seek to enter the legal profession….See alsoCal. Civ.Code § 51(b) ("All persons within
> the jurisdiction of this state are free and equal, and no matter what their ... [protected
> characteristics] ... are entitled to the full and equal accommodations, advantages, facilities,
> privileges, or services in all business establishments of every kind whatsoever"…DFEH acts
> as a public prosecutor testing a public right. The interest of DFEH in the law school
> admissions process was articulately summarized by the United States Supreme Court: In
> order to cultivate a set of leaders with legitimacy in the eyes of the citizenry, it is necessary
> that the path to leadership be visibly open to talented and qualified individuals . . . . All
> members of our heterogeneous society must have confidence in the openness and integrity of
> the educational institutions that provide this training. As we have recognized, law schools
> "cannot be effective in isolation from the individuals and institutions with which the law
> interacts." **Access to** legal education (and thus the legal **profession) must be inclusive of
> [all] talented and qualified individuals** . . . so that all members of our heterogeneous
> society may participate in the educational institutions that provide the training and
> education necessary to succeed in America……The State of California also has **an interest**

**in eliminating bias and enhancing diversity** in the legal profession," and in furtherance of this interest, the testing process for entry into law school should not be an obstacle to the full and equal participation of individuals with [protected characteristics] in the legal profession. Ensuring that law school admissions reflect the diversity of our society not only affects students with [protected characteristics], but also their would-be classmates who benefit from the presence of those perspectives in the classroom, The legal **profession as a whole, and the society which it serves, stands to be negatively affected by practices that result in [their] unfair exclusion**")

6.    Mr. Austin Won (along with 17 others) a top 10 out of 820+, elite, uber-

competitive Senate fellowship (1 of 64 Capital Fellowship winners; *CA Senate*):

> "The now-25-year-old, along with fellow Stockton native George Austin, is receiving the opportunity to be at the forefront of state politics for 11 months starting in October after being chosen to be among 18 Senate Fellows as part of the state's Capital Fellows Program….. But being chosen for the program is no easy task…..The Capital Fellows program has twice been named one of the top 10 best internships alongside the likes of NASA, the Smithsonian Institution and Google Inc. Vault.com, a career-planning website that gave the Capital Fellows that top 10 placing out of 821 internship programs, bases its high-ranking selections on the all-around experience interns receive…."It's a rigorous program," Bunch said. "It's like a yearlong training for them, but they're not only doing an internship, they're also taking graduate courses."…There were more than 1,300 applications for the program each of the past two years. Only 64 people are chosen for the entire program."
>
> -    www.recordnet.com/story/news/2012/09/08/just-one-fellows/ 49419856007/






RULES COMMITTEE

RESOLUTION
By
President pro Tempore of the Senate Darrell Steinberg
RELATIVE TO COMMENDING

*George Austin*

WHEREAS, George Austin was selected from a highly competitive group of outstanding college and university graduates from California and throughout the nation, and was appointed a 2012-2013 California Senate Fellow; and

WHEREAS, George Austin, from Stockton, graduated from the University of California, Berkeley, with a Bachelor of Arts degree in Sociology; and

WHEREAS, Through his service in the Senate Committee on Governance and Finance, George Austin had the unique opportunity of acquiring a deeper understanding of the legislative process and public policy formation, while also providing assistance to Senate Members, legislative committees, and their constituencies; and

WHEREAS, The California Senate Fellows program, established in 1973 and sponsored jointly by the Senate and California State University, Sacramento, enables 18 individuals to become full-time Senate staff members in the State Capitol for 11 months and receive six units of university graduate credit; and

WHEREAS, As a result of his outstanding service as a Senate Fellow, George Austin is better equipped to provide valuable leadership and contributions to educational institutions; local, regional, state, and federal governments; and professional, business, and community endeavors in the State of California and the nation; now, therefore, be it

RESOLVED BY THE SENATE RULES COMMITTEE, That George Austin, a 2013-2013 California Senate Fellow, be commended for his exemplary service on behalf of the Members of the Senate, and extended best wishes for every success in his future endeavors.

Senate Rules Committee Resolution No. 24 adopted this 12th day of August, 2013

CHAIR
*Senatoris Est Civitatis*          *Libertatem Tueri*

As articulated above, Mr. Austin Won a Fellowship in the top 10 out of 820+ (in CA Senate; most competitive entry less than 4% acceptance rate, my year, for that program, 1 of 18 selected winners (1 of 2 *winners* out of that area) www.recordnet.com/story/news/2012/09/08/ just-one-fellows/49419856007/ was unavailable for press interview at the time but celebrated and honored publicly in the piece of over 400 elite competitors nationwide, declined automatic job offer as I gave my word to another commitment and already deferred for a year), accepted

into multiple top tier law schools (including T-14), offered highest scholarship award

honors from VP Kamala Harris' alma mater (in San Francisco), more recently

chosen as most outstanding student, as well as top ten business student ever

(selected by professor with over 20 years experience).  Yet, Mr. Austin, an admitted

Black male student, following Georgetown's publicly outlined policies, *even after*

*Georgetown's written admission to him that they violated their own written*

*authorization agreement policy, and the law*, was outright intentionally, facially, and

repeatedly discriminated against in violation of Equal Protection, 42 USC 1981,

13th, 14th Amendments and Civil rights Acts (Title VI, on which Title IV was

based).  See e.g. Gonzalez-Rivera v. I.N.S., 22 F.3d 1441, 1449-50 (9th Cir. 1994)

("we have long regarded *racial oppression as one of the most serious threats to our*

*notion of fundamental fairness* and consider reliance on the use of race or ethnicity

as a shorthand for likely illegal conduct to be "repugnant under any circumstances."

As a federal court, we must be especially careful to ensure that our laws [and policy]

not encourage, even if only indirectly, ***such impermissible uses of race***. Where as

here it has already been established that the [adverse action or non-action] was

based ... on ... race, the government's action is analogous to a facial racial

classification. We have long combatted race-based classifications, especially when

they are not designed to advantage less powerful racial groups. As the Supreme

Court has emphasized, "'discrimination on the basis of race is illegal, immoral,

unconstitutional, inherently wrong, and destructive to democratic society.'" City of

Richmond v. J.A. Croson Co., 488 U.S. 469, 521, 109 S.Ct. 706, 736, 102 L.Ed.2d 854

(1989) (Scalia J. concurring) (citation omitted). Similarly, in Frazer v. United States, 18 F.3d 778 (9th Cir. 1994) (Trott J.), the Ninth Circuit reaffirmed its commitment to "our national goal of ending racism," id. at 784. In Frazer, we emphasized that "[a]s a nation we have acted decisively to remove all vestiges of racial discrimination from our lives [and that] [n]ot for a moment will we tolerate racist behavior." Id. at 785. In the equal protection context, for example, in light of the abhorrent history of race-based classifications, facial racial classifications carry a presumption of bad faith")

7.      This case is not about admissions, although Mr. Austin, as a Black man, and person, is aware (as is the Country) of the recent rulings with *Harvard*, and *UNC* (California, previously, had a similar change in *1996*, with the passage of Proposition 209).  Although the 237 page opinion *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.* argues heavily in favor (on both the majority and dissenting opinions) for Georgetown's legal liability to Mr. Austin in this set of facts; Liability emerges outside of the admissions context as Georgetown has impermissibly used race, or derogatory racial stereotypes, repeatedly against Mr. Austin to his detriment to exclude and deprive him.  Instead, this case is about respecting the human being, *admitted student*, and their respective Equal protection, and 42 USC 1981, rights along with their rights not be negligently failed of duties owed, maliciously breached duties, nor deceived or defrauded (including fundamental privacy, and publicity rights; *which as cited above are very similar to trademarks foundational concepts as applied to human beings*). See e.g. Zacchini v.

Scripps-Howard Broadcasting Co., 433 U.S. 562, 570 n.4 (1977) (""An actionable

invasion of the right of privacy is the unwarranted appropriation or exploitation of

one's personality") Georgetown decided to repeatedly, and ongoing *treating him as*

*an inferior*, because he is a Black male, regardless of him being an admitted

student, once Mr. Austin entered in contract with Georgetown (*see affidavits*

*embedded above including precise moment when consideration was given and offer*

*accepted*).   Georgetown keeps attempting to mark him with a badge of inferiority

repeatedly and ongoing, to completely disregard and disrespect his personhood and

fundamental rights (*to date;  see above, and below embedded emails referencing*

*emails on 09.11.23; 10.13.23; paragraph 38.* ).  Georgetown, and the US Department

of Education *admits, and knows,* Georgetown is covered by Title VI, Equal

Protection, as a recipient of Federal funds.  See e.g.:

> https://www2.ed.gov/about/offices/list/ocr/docs/hq43e4.html (EDUCATION AND TITLE VI OF THE CIVIL RIGHTS
> ACT OF 1964 - Title VI and Race, Color and National Origin Discrimination
>
> Title VI of the Civil Rights Act of 1964 protects people from discrimination based on race, color or national origin in
> programs or activities that receive Federal financial assistance. Title VI states that:
>
> No person in the United States shall, on the ground of race, color, or national origin, be excluded from participation
> in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal
> financial assistance.
> Programs and activities that receive Federal financial assistance from the United States Department of Education
> (ED) are covered by Title VI. ED maintains an Office for Civil Rights, with 10 regional offices and a headquarters
> office in Washington, D.C., to enforce Title VI.
>
> Education Programs and Activities Covered by Title VI
>
> Agencies and institutions that receive ED funds covered by Title VI include: 50 state education agencies, their
> subrecipients, and vocational rehabilitation agencies; the education and vocational rehabilitation agencies of the
> District of Columbia and of the territories and possessions of the United States; 17,000 local education systems;
> 4,700 colleges and universities; 10,000 proprietary institutions; and other institutions, such as libraries and
> museums that receive ED funds.
>
> Programs and activities that receive ED funds must operate in a non-discriminatory manner. These may include,
> but are not limited to: admissions, recruitment, financial aid, academic programs, student treatment and services,
> counseling and guidance, discipline, classroom assignment, grading, vocational education, recreation, physical
> education, athletics, housing and employment, if it affects those who are intended to benefit from the Federal funds.
> Also, a recipient may not retaliate against any person because he or she opposed an unlawful educational practice or
> policy, or made charges, testified or participated in any complaint action under Title VI. For a recipient to retaliate

in any way is considered a violation of Title VI. The ED Title VI regulations (Volume 34, Code of Federal
Regulations, Part 100) provide a detailed discussion of discrimination prohibited by Title VI.)

## Georgetown's Admissions of Fact as of November 2023

8.      Prior to 2019, A fellow student of University of California Berkeley

discovered, and alerted Mr. Austin that his image and likeness was being used for

commercial purposes by Georgetown, in California as 1 of its top recruiting

markets; It was more recently revealed it was likely with thousands of physical

brochures, and an interactive website, both with his close up, readily identifiable,

photo (*to help Georgetown generate Billions of dollars in annual revenue*

*ocfo.georgetown.edu/gao/financial-reports-and-disclosures/*).  The fellow student

alerted his photo was being used to promote, market, or sell Georgetown without his

knowledge, nor consent (Commercial Use) to violate his privacy, publicity and other

rights.  Mr. Austin is a human being, a citizen, and an admitted student at

Georgetown University, (ga406@law.georgetown.edu, or ga406@georgetown.edu,

contact.georgetown.edu/view/ga406/) and other elite institutions of law, with active

and ongoing rights to 1. Constitutional Equal Protection under the 14th

Amendment, 2. 42 USC 1981 (right to contract) under the 13th Amendment, 3. not

be deceived or defrauded (out of privacy, or publicity rights, property as well as

others rights), 4 & 5. not have duties breached or violated maliciously through bad

faith or negligently as a person or human being.  See New Jersey v. T. L. O 469 U.S.

325 (1985) (However one may characterize their privacy expectations, students

properly are afforded ... constitutional protections. In an often quoted statement,

the Court said that students do not "shed their constitutional rights . . . at the

schoolhouse gate." *Tinker* v. Des Moines Independent Community School District, 393 U.S. 503, 506 (1969).)

9.      Georgetown never informed, nor obtained written, or *any*, authorization from Mr. Austin.  Outside of a litigation context, Mr. Austin thereafter followed up with Georgetown to which they initially denied use of his image or likeness was true. Mr. Austin sought verification of violations and had no way of knowing if true or authentic (as several organizations he initially reached out to verify would not confirm, nor deny). However, they later admitted their violations by sending him the same physical copies, to California, already discovered by a fellow UC Berkeley student, with a letter by Georgetown leadership admitting their violations in 2019. From the date of that letter till now, quickly approaching 5 years, Mr. Austin has diligently followed up with Georgetown leadership, with over 50+ witnesses, and 50+ formal complaints made to Georgetown's appropriate divisions, (*IDEAA, President Office, etc.*) outside of the litigation context, to proactively address and solve the issues at hand (including getting the specific numbers of physical commercial brochures sent, where, and to whom).  Specifically, Mr. Austin emailed and faxed IDEAA complaints, with other leadership cc'd,.  Mr. Austin formally complained. Georgetown leadership violated several mandatory school policies, standards of care, statutes, customs, and laws. Mr. Austin had no idea, nor had anyway to predict, Georgetown would continually conduct themselves in this illegal manner up to the present, 2023 (and would have preferred to solve outside of a

litigation context).  To date Georgetown has *not* responded, *not* acknowledged any

formally filed complaint(s), but has made several admissions of fact:

10.     Georgetown admits, *publicly,* that they owed Mr. Austin the duty to notify

him prior to filming or photographing him as part of Georgetown's *standard of care*

to an admitted student (*as reflected in policies, statutes (which Georgetown's policies*

*cross reference), common law, agency regulations and admitted common practice*).

See e.g.  publicaffairs.georgetown.edu/communications/policies/

#:~:text=Full%20Filming%20Policy-,On%2DCampus%20Media%20Policy,or%20inte

rior%20spaces%20on%2Dcampus;  publicaffairs.georgetown.edu/communications/

policies/policy-for-filming-at-georgetown-university/ You may not film a person in an

identifiable manner unless you first have obtained that person's express consent.).

See e.g. Dent v. Nat'l Football League, 902 F.3d 1109, 1117-18 (9th Cir. 2018)

("under California law, ... a statute may establish the standard of care. Therefore,

the defendant's violation of a statute can give rise to a presumption that it failed to

exercise due care if it "violated a statute, ordinance, or regulation of a public

entity,".")  See also e.g. Lugtu v. California Highway Patrol, 26 Cal.4th 703, 719 n.9

(Cal. 2001) ("The Restatement Second of Torts summarizes the prevailing view in

these terms: `Where a statute, ordinance or regulation is found to define a standard

of conduct for purposes of negligence actions, . . . the standard defined is normally a

minimum standard, applicable to the ordinary situations contemplated by the

legislation. This legislative or administrative minimum does not prevent a finding

that a reasonable [person] would have taken additional precautions where the

situation is such as to call for them.' [Citations.]" (See also 6 Witkin, Summary of

Cal. Law (9th ed. 1988) Torts, § 756, p. 96, and cases cited.)"). See also e.g. Bachtel

v. Mammoth Bulk Carriers, LTD, 605 F.2d 438, 443 (9th Cir. 1979) (" "Negligence is

the failure to exercise ordinary care. It is ... the failure to do something which a

reasonably careful person would have done under the same or similar

circumstances. "Ordinary care is the care a reasonably prudent person would

exercise under the same or similar circumstances."")

11.     Georgetown admits, *publicly,* that they owed Mr. Austin the duty to obtain

his *written* authorization *prior* to taking, or using, his photograph for Georgetown

Business or commercial purposes (as part of their owed standard of care).  See e.g.

publicaffairs.georgetown.edu/communications/policies/policy-for-filming-at-georgeto

wn-university/ University Business.... Relevant model/image releases must be

signed by all identifiable subjects....You may not film a person in an identifiable

manner unless you first have obtained that person's express consent. If the person

is a Georgetown student, you must use a written consent form that has been

approved in advance by the Office of the General Counsel.)

12.     Georgetown admits, and knows, *publicly,* that a written authorization form to

agree to commercial or business use of a photo is a contract, or contractual

agreement (*between the person whose picture is being taken and the person or*

*organization who is taking the picture for commercial or business purposes*).

Georgetown also requires *prior* approval of this contract by Georgetown's Office of

the General Counsel, and then requires signed written authorization, a contract

between student and organization, *prior* to commercial or business use or it violates their privacy, publicity, and right to contract under 42 USC 1981 (when done in a facially discriminatory manner; i.e. one policy for Black male students, and one for similarly situated non-Black male students).

- https://publicaffairs.georgetown.edu/communications/policies/policy-for-filming-at-georgetown-university/ ("You may not film a person in an identifiable manner unless you first have obtained that person's *express consent. If the person is a Georgetown student, you must use a written consent form* that has been approved in advance by the Office of the General Counsel.")
- https://library.georgetown.edu/copyright/images-publications ("If you have a photograph with people in it, there may be privacy or publicity rights(https://www.publicdomainsherpa.com/rights-of-publicity-and-privacy.html) that need to be addressed.… '**The right to privacy**; The gist of the privacy right is that you get to control information about you. At its heart is what Louis Brandeis (with coauthor Samuel Warren) summed up, way back in 1890 before he was a Supreme Court Justice, as "the right to be left alone." (I'm paraphrasing there.) The right to privacy is invaded by:
  - unreasonable intrusion upon the seclusion of another (for example, photographing someone through the window of their house, unbeknownst to them); or
  - appropriation of another's name or likeness; or
  - unreasonable publicity given to another's private life; or
  - publicity that unreasonably places another in a false light before the public.
- (See Restatement (Second) of Torts § 652 for more information.)
- **Example**: An advertiser wants to use a photograph of a woman for a billboard supporting a [campaign; advertisement]. The advertiser negotiates a license to use the photo with the photographer, who holds the copyright. If the photographer doesn't have a release from the woman in the photo (permitting the photographer to license all uses of the photo, or otherwise waiving her rights), then the advertiser must get permission from the woman before using her photo on the billboard.
- **If there was no release, the woman has kept both privacy and publicity rights** in the use of her likeness. And, depending on how she feels about the … cause for which her image is used … she could claim she was portrayed in a false light, as well claiming unlawful commercial appropriation of her likeness.…
- **The right of publicity;** A person's right of publicity is the right to protect his or her name or likeness from being commercially exploited without consent and, potentially, compensation. In one sense the right is treated like a property right (the right to profit from the use of one's own image or identity). In another sense it's treated like a privacy right (protection from unjustified intrusion and exploitation).
- To avoid violating someone's right of publicity you must be careful about using their:
  - image (photos, videos, film);

- ■ likeness (drawings, paintings, prints, etc.);
- ■ name (this includes nicknames and former names);
- ■ voice; or
- ■ signature.
  - ○ Make sure you have permission before using a person's image or likeness, or their voice or signature, in connection with advertising for products or services; product packaging; or on any merchandise that you sell.
  - ○ **Example**: A company films an instructional video of a man installing an acrylic bathtub liner and distributes the video to its customers. (The man agreed to be filmed for the video.) The company then hires a production company to make a TV commercial for them. The production company uses footage of the man in the commercial. He did not consent to that use of his image. The man sues both companies for unlawful appropriation and, depending on the state law applied, damages could be based on the infringers' profits and/or emotional distress.")

13.     Georgetown admits, *publicly,* that this specific duty owed as part of

Georgetown's *standard of care* to an admitted student (of obtaining written consent

*prior*) to the person being photographed (subject) for Georgetown business is both

reflected in 1. Georgetown's privacy policy as part of the contract between admitted

Georgetown students and Georgetown (as well as staff, professors, etc.), and 2.

Georgetown's Media policy.

14.     Georgetown admits, *publicly,* that information regarding the breach or

violation of the aforementioned duties is material to the person who was filmed or

recorded; Georgetown admits this through its emphasis, explanation, and

admissions of the current law's legal requirements that inform, guide, and direct,

their publicly stated policy (*as well as their argument in what is considered the*

*Court of second highest prestige under the Supreme Court of the United States per*

*GEORGETOWN COLLEGE v. D.C. BRD., ZONING ADJ, 837 A.2d 58, 79 n.21*

*(D.C. 2003)).*

15.     Further, Georgetown admits, *publicly,* that the 'commercial purpose' of the

filming or recording adds extra legal barriers, and creates additional material

information for the person being recorded or filmed for business or commercial

purposes (which would need to be included in the written authorization, and notice,

*prior* to the filming or recording).

16.     Georgetown admits that it commenced or consummated its contractual

relationship with Mr. George Jarvis Austin, as an admitted student, with $400

payment from Mr. Austin and both parties', to the contract, agreement to the terms

and conditions of Georgetown's standard contract with admitted students.  *See*

*embedded message from Georgetown admissions.*

> **Note:** *At moment of signed contract already had guaranteed job offer (as part of winning uber-competitive fellowship), and had other competitive schools gain acceptance to, and had other lucrative employment or business opportunities to pursue*

17.     Georgetown admits, *publicly,* that as part of that contract (between admitted

student and Georgetown), their mandatory policies (privacy, media, IDEAA, etc.)

and procedures must be followed by Georgetown or they in fact break the law, and

incur legal liability.

18.     Georgetown admits, *publicly,* that *a material* part of their advertising *to*

*induce* contract formation with incoming students is their commitment to follow the

law, their specifically outlined *publicly stated* policies, and their consummated

contracts with individual admitted students.

> ○     https://www.law.georgetown.edu/your-life-career/diversity-inclusion/ (At Georgetown Law, we strive to live by the Jesuit concept of cura personalis – the care of the *whole* person.)
> ○     https://ideaa.georgetown.edu/notice-of-non-discrimination/
> ○     https://www.georgetown.edu/privacy-policy/
> ○
> ○     https://www.law.georgetown.edu/wp-content/uploads/2018/02/Self-Guided-Tour-2018_Accessible-1.pdf ("Georgetown Law's location in the heart of the Washington, D.C., just blocks from the U.S. Congress and Supreme Court, allows students an unparalleled look at the dynamic legal processes of our nation. With over 100 full-time faculty, Georgetown has the most extensive curriculum of any law school… Our motto 'Law is but the means, justice is the end' sums up the core commitment of Georgetown Law. We believe that all students can get an excellent legal edu- cation while also learning how important it is to serve others.)

- ○ https://studentconduct.georgetown.edu/ethos-statement/#:~:text=A%20commitment%20to%20open%20disc ourse,individual%2C%20communal%20and%20university%20property, (Ethos Statement; Choosing to come to Georgetown University means joining a distinctive community. As a Catholic and Jesuit University, Georgetown places special emphasis on the dignity and worth of every person and the love of truth. Membership in this community carries with it high expectations regarding the ways in which each person will act both within and beyond Healy Gates. In particular, students are expected to honor the following commitments in all their actions:
  - ○ A commitment to the highest standards of honesty and personal integrity both inside and outside the classroom.
  - ○ A commitment to treat others in a respectful manner, regardless of differences such as race, religion, nationality, ethnicity, gender, or sexual orientation.
  - ○ A commitment to open discourse and the free exchange of ideas. A commitment to exercise mutual care and responsibility in all relationships.
  - ○ A commitment to an active concern for the safety, security, and well-being of each individual and a respect for individual, communal and university property.)

19.     Georgetown admits, *publicly,* through their own publications and protections

of privacy, publicity, and other rights that these rights are in fact not only valuable,

but essential in the modern interconnected world we live in.

- ○ Rothman, The Inalienable Right of Publicity, 100 Georgetown L.J. 185

    (2012) (referenced by www.authorsalliance.org/2023/07/28/

    federal-right-of-publicity-takes-center-stage-in-senate-hearing-on-ai/

    - ■ "In fact, what is often billed as California's statutory right of publicity for the living (Cal. Civ. Code § 3344) was originally passed under the moniker "right of privacy" and was specifically adopted to extend statutory damages [*even*] to plaintiffs who did not have [documented] external commercial value making damage recovery challenging. (See Jennifer E. Rothman, The Right of Publicity: Privacy Reimagined for a Public World (Harvard Univ. Press 2018))."

- ○ https://scholarship.law.georgetown.edu/cgi/viewcontent.cgi?article=246 2&context=facpub
- ○ "different states approach it somewhat differently. New York, for example, has only a statutory right, and it is expressly limited to uses of a person's name, picture, portrait or voice for advertising or purposes of trade; the courts have interpreted its scope narrowly.17 … many other states—including litigation and entertainment powerhouse California18—are not so limited, and define the right of publicity to include for-profit speech by artists if the speech "exploits" a person's identity.19

    12 Id. at 39 (citing Michael Madow, Private Ownership of Public Image: Popular Culture and Publicity Rights, 81 CALIF. L. REV. 125, 157–58 (1993)).

    13 Id. at 40 (citing Robert E. Mensel, Kodakers Lying in Wait: Amateur Photography and the Right of Privacy in New York, 1885-1915, 43 AM. Q. 24, 32 (1991)).

....

17 See N.Y. CIV. RIGHTS LAW § 51 (McKinney 2014) (providing a cause of
action when a person's "name, portrait, picture or voice is used within this
state for advertising purposes or for the purposes of trade" without the
person's written consent); ...

18 See Cal. Civ. Code § 3344(a) (statutory right of publicity protecting "name,
voice, signature, photograph, or likeness" against uses "on or in products,
merchandise, or goods, or for purposes of advertising or selling, or soliciting
purchases of, products, merchandise, goods or services" (emphasis added));
Stewart v. Rolling Stone LLC, 105 Cal. Rptr. 3d 98, 111 (Cal. Ct. App. 2010)
(identifying the elements of the common law claim as: "(1) the defendant's use
of the plaintiff;s identity; (2) the appropriation of plaintiff's name or likeness
to defendant's advantage, commercially or otherwise; (3) lack of consent; and
(4) resulting injury" (emphasis added and internal quotation marks omitted)).

20.    Georgetown, *knows and knew,* that it had a duty to inform Mr. Austin of the

precise usage of his photo *prior* to using for commercial and business purposes

which includes where they will be sent, how many, and how else may be utilized

(I.e. websites, interactive forums etc.) so informed written consent, and mutual

assent for contract, can be made.

21.    Georgetown itself admits, *publicly, (in its description of the pre, and post,*

*photo or filming required steps for outside photographers),* that it holds itself to the

same standards for students, faculty and staff.

> *"too often they have stimulated their prejudices by referring to the [so called Negro; Black people] as **unworthy of***
> ***consideration.....***"
>
>     -    **Carter Godwin Woodson, 1933, The Mis-Education of the Negro.**

22.    Georgetown itself admits, *publicly,* that not only must the written

authorization, as a contractual agreement,  be signed by the student *prior* to use,

but that the form itself 'must' include certain information, (*including*

*acknowledgement of 'consideration' per contract law; see below*) to be valid, and

enforceable (and even includes an example photographic/ videographic release form

for students in their continuing education programs; Georgetown's neighbor George

Washington University publicly provides a comparative example for its own

students ). See e.g

https://static.scs.georgetown.edu/upload/kb_file/2015_release_form.pdf

"For good and valuable Consideration herein acknowledged as received, and by signing this release, I hereby give the Photographers/Filmmakers and Assigns my permission to use the Recording, and to license the Recording for use by others, in any media (including digital, electronic, print, television, film and other media now known or to be invented) in perpetuity for all commercial and non-commercial purposes. I agree that the Recording may be combined with other images, text and graphics, and cropped, altered or modified. I agree that I have no rights in or to the Recording, and all rights to the Recording belong to the Photographer/Filmmaker and Assigns. I acknowledge and agree that I have no further right to additional consideration or accounting, and that I will make no further claim for any reason to Photographer/Filmmaker and/or Assigns. I hereby release Georgetown University, and its assignees and designees, from any and all claims and demands arising out of or in connection with the use of the Recording, including but not limited to any claims for copyright infringement, defamation, invasion of privacy, or right of publicity. I acknowledge and agree that this release is binding upon my heirs and assigns. I agree that this release is irrevocable, worldwide and perpetual.

Releasor Information Name (print) _____

(print name)

Address _____

City _____ State _____ Zip Code _____

Country _____ Phone _____

Email _____ Date of Birth _____

Signature _____ Date _____ "

https://communications.gwu.edu/photo-video-release

**Photo & Video Recording Release**
This release and authorization agreement ("Agreement") shall confirm that I, (insert full name in form below), (hereafter "I" or "Student"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, grant permission to the George Washington University ("GW" or "University") and its licensees, assignees, and other successors-in-interest all rights whatsoever in perpetuity in and to my performance, appearance, voice, and other reproductions of my likeness, name, and/or material ("Appearance") taken in conjunction with (insert name of event or photo/video project below), and to use the same or portions thereof, including making and using derivative works thereof in any medium, including without limitation, videos, online broadcasts and brochures (collectively the "Works"), for any university purpose.

I further grant to GW all rights of every kind and nature in and the results and proceeds of my Appearance. I acknowledge that GW shall be the sole and exclusive owner of all rights in and to the Works, including, without limitation, the copyright therein and all of the results and proceeds of my Appearance hereunder and shall have the right to exploit any or all of the foregoing in any manner and in any media, whether now known or hereafter devised in perpetuity.....I agree that GW shall have sole editing discretion in determining the extent and manner of use of my Appearance. Nothing herein will be deemed to obligate GW to use my Appearance or the results and proceeds thereof, in the Work or otherwise, or to produce, release or distribute the Works, or to otherwise exploit any rights granted to GW hereunder. GW shall have the right to assign this Agreement (or any of its rights hereunder) to any person, firm, partnership or corporation for any reason and without notice to Student.

I hereby voluntarily assume any and all risks, known or unknown, associated with my Appearance. I and my heirs, executors, administrators and assigns, hereby voluntarily release, discharge, waive and relinquish any and all claims, complaints, liabilities, actions and causes of actions ("Claims") against GW. I agree to defend, indemnify (including any and all attorney's fees) and hold harmless GW in the event of any and all Claims, by whomever or wherever asserted......I have read, understand and agree to the above terms and conditions. I warrant that I have the right and power to enter into and fully perform this Agreement and to grant GW the rights herein granted. I am over the age of 18 years of age, or I have the approval of my parent or legal guardian if I am under the age of 18. I understand that this contains the entire understanding of the parties relating to the subject matter and cannot be changed or terminated without the written consent of both parties. The provisions shall be binding upon me and my heirs, executors, administrators and successors. All rights, licenses and privileges herein granted are irrevocable and not subject to rescission, restraint or injunction under any circumstances.

Name
Event Name or Photo/Video Project Title
Date
Date: Date
mm/dd/yyyy
Student Address
Email Address
Signature

23.     Georgetown admits, per Mitch Bailin in 2019, that they at least twice used

Mr. George Jarvis Austin's photo for commercial or business purposes without

obtaining written consent, nor 'Consideration,' nor providing notice in violation of

their admitted student contract, the law, and *publicly* stated policies.

> "Looky here, America
> What you done done-
> Let things drift
> Until the riots come.
>
> Now your policemen
> Let your mobs run free.
> I reckon you don't care
> Nothing about me.
>
> You tell me that hitler
> Is a mighty bad man.
> I guess he took lessons
> From the ku klux klan.
>
> You tell me mussolini's
> Got an evil heart
> Well, it mus-a-been in Beaumont
> That he had his start-
>
> Cause everything that hitler
> And Mussolini do,
> Negroes get the same
> Treatment from you.
>
> You jim crowed me
> Before hitler rose to power-

> And you're STILL jim crowing me
> Right now, this very hour.
>
> Yet you say we're fighting
> For democracy
> Then why don't democracy
> Include me?
>
> I ask you this question
> Cause I want to know
> How long I got to fight
> BOTH HITLER – AND JIM CROW "
> **Langston Hughes; Beaumont to Detroit: 1943**

24.      Georgetown admits, per Mitch Bailin in 2019, that they in fact never disclosed, notified, nor obtained written consent from Mr. Austin, *ever*;  Georgetown knows Mr. Austin Identifies as Black or African American, and takes pride, and joy, in his heritage.  See e.g. Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 104 (U.S. Jun. 29, 2023) ("In fact, [truly] meritocratic systems have long refuted bigoted misperceptions of what [B]lack students [men, and people] can accomplish.")  See also e.g. The Mis-Education of the Negro. By Carter Godwin Woodson. (Washington: The Associated Publishers, Inc., 1933 ("You might study the history as it was offered in our system from the elementary school throughout the university, and you would never hear Africa mentioned except in the negative. You would never thereby learn that Africans first domesticated the sheep, goat, and cow, *developed the idea of trial by jury*, produced the first stringed instruments, and gave the world its greatest boon in the discovery of iron. You would never know that prior to the Mohammedan invasion about 1000 A.D. these natives in the heart of Africa had developed powerful kingdoms which were later organized as the Songhay Empire www.britannica.com/place/Songhai-empire; www.worldhistory.org/Songhai_Empire/ ; www.worldhistory.org/Mali_Empire/ ;

www.worldhistory.org/Mansa_Musa_I/ ; www.history.co.uk/articles/ mansa-musa-the-richest-person-in-history on the order of that of the Romans and boasting of similar grandeur.") Compare Ex Parte Milligan, 71 U.S. 2, 78 (1866)

("Every citizen may safely pursue his lawful calling in the open day; and at night, … he may lie down in security, and sleep the sound sleep of a freeman. They are in force, and they will remain in force. We have not surrendered them, and we never will.

But how am I to prove the existence of these rights?

I do not propose to do it by a long chain of legal argumentation, nor by the production of numerous books with the leaves turned down and the pages marked. If it depended upon judicial precedents, I think I could produce as many as might be necessary. If I claimed this freedom, under any kind of prescription, I could prove a good long possession in ourselves and those under whom we claim it.

I might begin with Tacitus, and show how the contest arose in the forests of Germany more than two thousand years ago; how the rough virtues and sound common sense of that people established the right of trial by jury, and thus started on a career which has made their posterity the foremost race that ever lived in all the tide of time. The Saxons carried it to England, and were ever ready to defend it with their blood.

It was crushed out by the Danish invasion; and all that they suffered of tyranny and oppression, during the period of their subjugation, resulted from the want of trial by jury.

If that had been conceded to them, the reaction would not have taken place which drove back the Danes to their frozen homes in the North. But those ruffian seakings could not understand that, and the reaction came. Alfred, the greatest of revolutionary heroes and the wisest monarch that ever sat on a throne, made the first use of his power, after the Saxons restored it, to re-establish their ancient laws. He had promised them that he would, and he was true to them because they had been true to him. But it was not easily done; the courts were opposed to it, for it limited their power — a kind of power that everybody covets — the power to punish without regard to law. He was obliged to hang forty-four judges in one year for refusing to give his subjects a trial by jury.

When the historian says that he hung them, it is not meant that he put them to death without a trial. He had them impeached before the grand council of the nation, the Wittenagemote, the Parliament of that time. During the subsequent period of Saxon domination, no man on English soil was powerful enough to refuse a legal trial to the meanest peasant.

If any minister or any king, in war or in peace, had dared to punish a freeman by a tribunal of his own appointment, he would have roused the wrath of the whole population; all orders of society would have resisted it; lord and vassal, knight and squire, priest and penitent, bocman and socman, master and thrall, copyholder and villein, would have risen in one mass and burnt the offender to death in his castle, or followed him in his flight and torn him to atoms. It was again trampled down by the Norman conquerors; but the evils resulting from the want of it united all classes in the effort which compelled King John to restore it by the Great Charter. Everybody is familiar with the struggles which the English people, during many generations, made for their rights with the Plantagenets, the Tudors, and the Stuarts, and which ended finally in the Revolution of 1688, when the liberties of England were placed upon an impregnable basis by the Bill of Rights.

Many times the attempt was made to stretch the royal authority far enough to justify military trials; but it never had more than temporary success. Five hundred years ago Edward II closed up a great rebellion by taking the life of its leader, the Earl of Lancaster, after trying him before a military court. Eight years later that same king, together with his lords and commons in Parliament assembled, acknowledged with shame and sorrow that the execution of Lancaster was a mere murder, because the courts were open, and he might have had a legal trial. Queen Elizabeth, for sundry reasons affecting the safety of the state, ordered that certain offenders not of her army should be tried according to the law martial. But she heard the storm of popular vengeance rising, and, haughty, imperious, self-willed as she was, she yielded the point; for she knew that upon that subject the English people would never