## AFFIDAVIT; SIGNATURE.

All above plead facts and those included as exhibits, or affidavits, are true, and as I, George Jarvis Austin personally experienced, witnessed, and observed. Further all legal references which highlight, Mr. Austin's, plead facts as relevant, decisive, persuasive and compelling have been affirmed by the United States Supreme Court, Ninth Circuit, Northern District and California Courts.

**George Jarvis Austin**

**s/ George Jarvis Austin, Self Represented, 12/14/23**