**Supplement: Introduction (Intro)** *(Referenced as S-Intro, S-1, S-2, etc.)*



vi.



vii.



viii.

2012-13
## CALIFORNIA SENATE FELLOWS



**About you**
**Name:** George Austin

**Hometown:** ▮▮▮▮▮▮▮

**Hobbies/Interests:** Basketball, Golf, Boxing, Cooking, Kayaking, Travel

**Favorite book(s)/movie(s)/TV show(s)/music:** Finding Forester, Goodwill Hunting, Godfather Trilogy, Coming to America, The Golden Child, Batman Begins, Dark Knight, Dark Knight Rises, Hoop Dreams, Above the Rim, Wedding Crashers, Lord of the Rings 1 & 2, Matrix 1 & 2, Ray, Hangover

The West Wing, Doug, Bloomberg Enterprise, Charlie Rose, The Mentor, Bloomberg Game Changers, Cosby Show, The Wire, Martin

Gospel, R & B, Hip-Hop, Country

The Alchemist, Purpose Driven Life, Autobiography of Malcolm X, Developing the Leader Within – John C. Maxwell, How to Win Friends and Influence People Dale Carnegie, Think and Grow Rich Napoleon Hill, 7 Habits of Highly Effective People

**Birthday:** April 12

**3 strange/unique but interesting facts about you:**
1. Up until I was sixteen my shoes size was always 1 or 2 sizes larger than my age (i.e at twelve years old I wore a size fourteen)
2. In one day I met Oprah Winfrey, Prince, Usher, Anthony Hamilton and Barack Obama
3. I've lived in four states

**Education**
**College/University:** University of California, Berkeley

**Degree:** BA

**Major:** Sociology

**Advanced degrees:** Georgetown Law School- JD (deferred, begin 2013)

---

2012-13
## CALIFORNIA SENATE FELLOWS

**Goals & Work/Relevant Experience**
**Activities or Work Experience after College:**
- Riordan MBA Fellows Anderson School of Business (UCLA)
- Chartered Financial Analyst Level 1 Candidate December 2012
- Chartered Financial Analyst Society Scholarship Recipient
- HAAS School of Business, Arts, Science & Engineering Program (Berkeley)

**Occupational Goals/Interests:** Business/ Law/Entrepreneurship/Finance/Education

**Policy Interests:** Economy, Finance, Appropriations, Energy, Transportation, Economic Development, Trade (International and Domestic), Tax, Banking, Insurance

ix.





x.



xi.





xii.



xiii.



xiv.

**SENATE GOVERNANCE & FINANCE COMMITTEE**
Senator Lois Wolk, Chair

**BILL NO:** AB 458      **HEARING:** 8/14/13
**AUTHOR:** Wieckowski      **FISCAL:** Yes
**VERSION:** 2/19/13      **TAX LEVY:** Yes
**CONSULTANT:** Austin

*INCOME TAXES: DEDUCTIONS: PUNITIVE DAMAGES*

*Repeals authority to deduct punitive damages on personal and corporate tax filings.*

### Background and Existing Law

Current law authorizes individuals and corporations to file tax deductions for the payment of monetary damages in legal cases. Under existing law plaintiffs can seek "punitive" or "exemplary" damages in legal cases where the defendant is guilty of "oppression, fraud, or malice." "Malice" means conduct which is intended by the defendant to cause injury or despicable conduct that is carried on with a willful and conscious disregard of the rights or safety of others. "Oppression" means despicable conduct that subjects a person to cruel and unjust hardship in conscious disregard of that person's rights. "Fraud" means an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury.

California courts hold that punitive damages punish the defendant and deter similar conduct. The goal of deterrence of similar conduct is both for the specific defendant who may repeat or continue offensive behavior and to other potential parties who may commit similar offenses. Punitive damages are not intended to compensate a plaintiff unlike compensatory damages, which are intended for compensation.

The Book of Approved Jury Instructions (BAJI) provides that a jury should consider two factors to determine the amount of punitive damages to award:

- The reprehensibility of the defendant's conduct.
- The amount of punitive damages, which will have a deterrent effect on the defendant in the light of defendant's financial condition.

In addition, a defendant may ask that a jury be instructed to consider that the punitive damages bear a reasonable relation to the injury, harm, or damage actually suffered by the plaintiff.

xv.





**Environmental Quality**—(9)—Hill (Chair), Gaines (Vice Chair), Calderon, Corbett, Fuller, Hancock, Jackson, Leno and Pavley.  Chief Consultant: Rachel Machi Wagoner.  Consultants: Rebecca Newhouse and Joanne Roy.  Assistant: Sue Kumpulainien.  Phone: (916)651–4108.  Room 2205.

**Governance and Finance**—(7)—Wolk (Chair), Knight (Vice Chair), Beall, DeSaulnier, Emmerson, Hernandez and Liu.  Staff Director: Gayle Miller.  Consultants: George Austin, Toby Ewing, Colin Grinnell, Samantha Lui and Brian Weinberger.  Assistants: Marisa Lanchester and Krimilda McKenzie.  Phone: (916) 651–4119.  Room 408.

**Governmental Organization**—(11)—Wright (Chair), Vacant (Vice Chair), Berryhill, Calderon, Cannella, Correa, de León, Galgiani, Hernandez, Lieu and Padilla.  Staff Director: Arthur Terzakis.  Consultant:  Paul Donahue.  Assistant: Brenda K. Heiser.  Phone:  (916)651–1530. 1020 N Street, Room 584.

**Health**—(9)—Hernandez (Chair), Anderson (Vice Chair), Beall, de León, DeSaulnier, Monning, Nielsen, Pavley and Wolk.  Staff Director: Melanie Moreno.  Consultants: Scott Bain, Vincent D. Marchand, Tanya Robinson–Taylor and Katie Trueworthy.  Assistants: Dina Lucero and Alex Norring.  Phone (916)651–4111.  Room 2191.

**Human Services**—(6)—Yee (Chair), Berryhill (Vice Chair), Emmerson, Evans, Liu and Wright.  Chief Consultant:  Mareva Brown.  Consultant:  Sara Rogers.  Assistant: Mark A. Teemer Jr.  Phone: (916)651–1524.  1020 N Street, Room 521.

xvi.





xvii.



xviii.



xix.

"Did you see the Persian tapestries that are hanging in my dining hall?

Did you see the garden that it took the master gardener ten years to create?

Did you notice the beautiful parchments in my library?"…

The boy was embarrassed, and confessed that he had observed nothing.  His only concern had been not to spill the oil that the wise man had entrusted to him.

Then go back and observe the marvels of my world," said the wise man.

Relieved, the boy picked up the spoon and returned to his exploration of the palace, this time observing all of the works of art …. Upon returning to the wise man, he related in detail everything he had seen…..

But where are the drops of oil I entrusted to you?" asked the wise man.

Looking down at the spoon he held, the boy saw that the oil was gone… "Well, there is only one piece of advice I can give you." said the wisest of wise men.

*The secret of happiness is to see all the marvels of the world, and never to forget the drops of oil on the spoon.*"

> **- The Alchemist, Paulo Coehlo, Wisdom from King Malchezidek, while sitting on a bench in Tarifa, to Santiago (*the boy who became the Alchemist*).**

"From: Ashley L Jennings <alb225@law.georgetown.edu>
To: "gaustin07"
Sent: Thursday, May 31, 2012 at 09:27:12 AM PDT
Subject: RE: 1-year Deferral Request for Capital Fellows Program- George Austin

Hi George,

This e-mail serves as official notification that your request to defer admissions to Georgetown University Law Center until Fall 2013 has been granted, and Dean Cornblatt looks forward to welcoming you to the full-time program next fall.  As mentioned in our previous correspondence, your deferment is binding and you should begin withdrawing all other pending law school applications.  Please note it is your responsibility to notify us, in writing, of any change of address during your deferment period so that we may forward future correspondence to you.

Our records indicate that your first tuition deposit (totaling $400) has been received.  This deposit is non-refundable and will be credited toward the tuition for your first year.

xx.

Your second tuition deposit will be due in June 2013.  You'll be able to find more information once we launch next year's admitted student website.

Please let me know if you have any questions, and best of luck to you in the coming year!


Warm regards,


Ashley Jennings

Assistant Manager, Office of Admissions

Georgetown University Law Center

600 New Jersey Ave., NW, Room 589

Washington, DC 20001

202.662.9010 Phone

202.662.9439 Fax


From: George Austin [mailto:gaustin07]
Sent: Wednesday, May 30, 2012 2:52 PM
To: Ashley L Jennings
Cc: Admitted Student Hotline
Subject: 1-year Deferral Request for Capital Fellows Program- George Austin


Hi Ashley,

I sent this a few days back, but I just saw in my email that there was an error while trying to send.

So I am resending just in case it was not received.  Please let me know you have received this request.


Thank you very much for your previous follow up and the guidelines you provided.

**xxi.**

I was recently accepted into the Capital Fellows Program and would like to request a 1-year deferral.

Below is my formal request based on those guidelines.

Please let me know if anything else is needed for a successful request.

Thank you,

George


Dear Dean Cornblatt and Members of the Admissions Committee,

I am extremely excited about attending Georgetown Law School.

I look forward to the wonderful learning environment and the opportunity to grow with my classmates.

I plan to be one of the best Georgetown students and alumni in the history of the school.  To achieve this goal I want to maximize key opportunities to expand my understanding of the law, its context and its application.

One great opportunity for me to grow toward my goal is as a Capital Fellow (http://www.forbes.com/sites/susanadams/2011/03/09/the-best-internships-for-2011/).

I have been selected as 1 of 18 Senate Fellows nationally within the Capital Fellows program.  As a top 10 fellowship according to Vault & Forbes this provides a benefit both pre and post law school.  The opportunity to help draft state law and get a truly hands-on feel for one aspect of the legal and political system will be beneficial to my understanding.  It will also help provide an additional depth of experience to add value to classroom discussions.  From my research on the program, I am convinced it will be a net positive experience and a value add for Georgetown, myself and my classmates.

The Capital Fellows is an efficient 10 month paid program that would require only a year deferral to participate.


I formally request a one year deferral to grow my legal understanding through participation in the Capital Fellows Program.

I understand that deferment is binding and conditioned upon me not pursuing admissions, holding deferral, or attending another law school prior to matriculating at Georgetown Law.

**xxii.**

I fully agree with those terms.

I am excited to be a GULC student and look forward to being able to add increased value to Georgetown, my peers and myself through participation in the Capital Fellows Program.

I have included key portions of the Senate Fellows Acceptance Letter below.

Please let me know your decision.

Thank you again for the wonderful opportunity to attend Georgetown and I look forward contributing to Georgetown's exceptional legacy.


George Austin


---------------Senate Fellows Acceptance Letter------------------------------------------------

May 15, 2012


Dear George Austin,

Congratulations! On behalf of the California State Senate and the Center for California Studies at Sacramento State University, it is my pleasure to offer you a position as a 2012-2013 California Senate Fellow.  You are an outstanding applicant, and the selection committee believes you will have much to contribute to—and benefit from—the Senate Fellowship program.  We strive to provide Fellows with a comprehensive, experiential learning opportunity that is professionally and personally fulfilling.


As is the case every year, our offer, including benefits and a number of graduate units, is contingent on final adoption and approval of funding in the state budget.  The Legislature and Governor Jerry Brown are very supportive of the program, and we are very confident in being able to fund a full class of 18 Fellows.


Senate Fellows receive a monthly stipend of $1,972 plus comprehensive health coverage and visual and dental benefits.  If you have pending student loans, repayment can be deferred during your fellowship year. The Senate program pays the tuition, books, and fees required to register as a graduate student at the California State University of Sacramento and you can earn up to 6 units of graduate student university credit.

**xxiii.**

We want to inform you of the availability of the Timothy A. Hodson Capital Fellows Assistance Fund for fellows accepted into the program. There will be one or more awards not to exceed a grand total of $5,000.  For additional information see attachment.

We look forward to working with you this year. Should you have any additional questions, concerns, or would just like to talk, please don't hesitate to contact us. You can contact David Pacheco at (916) 278-5408 or on his cell at (916) ███████. You may also reach me at (916) 278-4874.

Congratulations and best wishes!

Sincerely,

Jennifer Calbonero

Jennifer Calbonero, Program Assistant

California Senate Fellows"

xxiv.





xxv.

---------- Forwarded message ---------
From: George Austin <gaustin07@berkeley.edu>
Date: Mon, Sep 11, 2023 at 11:51 AM
Subject: 9.11.23 - List of Previously, and Still, Unanswered Questions Re: Misstatements and Omissions
To: ideaa@georgetown.edu <ideaa@georgetown.edu>
CC: <Olabisi.Okubadejo@georgetown.edu>, emb257@georgetown.edu <emb257@georgetown.edu>,
<kilkennr@georgetown.edu>, <lawdeanofstudents@georgetown.edu>, presidentsoffice@georgetown.edu
<presidentsoffice@georgetown.edu>, vicepresident@georgetown.edu <vicepresident@georgetown.edu>

Good Afternoon, Georgetown University

1. Why did Georgetown not ask my permission before using my up close photo for advertising purposes?

2. Why did Georgetown not get my written consent, nor use of form (as reasonable expectation of privacy standards are similar for medical and student records) for use or release of an up close photo of an admitted student for advertising or marketing purposes?

3. Why was it materially omitted that the photo was taken, was made public, and was used without my consent, to the person and admitted student [whose] rights were being exploited?

4. Why when I first asked Georgetown leadership, (after someone outside of the school was the first to tell me my photo was being used for that purpose) was the photo authentic, and actually being used for advertising, was it affirmatively denied, and I was lied to?

5. Why when several months later, after Mitch Bailin finally admitting that they in fact took the photo and used the photo for that purpose, did they refuse to tell how many physical brochures were sent or used in California, and elsewhere for that matter?

6. Why was that material information repeatedly omitted by Mitch Bailin and Georgetown University Leadership, and continues to be omitted to date, despite my repeated inquiries?

7. I have placed at least [5]0+ formal and informal complaints related to this specific set of topics with IDEAA and Georgetown Leadership ; why has no investigation, nor even follow up inquiry by those tasked to investigate these types of issues taken even a cursory step toward investigation nor resolution despite me being an admitted student?

Thank you,

George Jarvis Austin

**xxvi.**

## SUPPLEMENT: FACTS (refenced; S-1 through S-81)

1.       "Figure it out for yourself, my lad,
You've all that the greatest of men have had,
… arms, … hands, … legs, … eyes,
And a brain to use if you would be wise.
With this equipment they all began,
So start for the top and say "I can."

Look them over, the wise and great,
They take their food from a common plate
And similar knives and forks they use,
With similar laces they tie their shoes,
The world considers them brave and smart.
But you've all they had when they made their start.

You can triumph and come to skill,
You can be great if only you will,
You're well equipped for what fight you choose,
You have legs and arms and a brain to use,
And the man who has risen, great deeds to do
Began his life with no more than you.

You are the handicap you must face,
You are the one who must choose your place,
You must say where you want to go.
How much you will study the truth to know,
God has equipped you for life, But He
Lets you decide what you want to be.

Courage must come from the soul within,
The man must furnish the will to win,
So figure it out for yourself, my lad,
You were born with all that the great have had,
With your equipment they all began.
Get hold of yourself, and say: "I can."

-    **George Washington Carver, famous Black inventor read Mr. Guest's poem; "EQUIPMENT"
during his commencement address at *Selma* University, *Selma Alabama* on May 27, 1942.**

1.   [www.history.com/news/selma-bloody-sunday-attack-civil-rights-movement#](http://www.history.com/news/selma-bloody-sunday-attack-civil-rights-movement#)

[:~:text=In%20January%201965%2C%20Martin%20Luther,%E2%80%9CThis%20is](http://www.history.com/news/selma-bloody-sunday-attack-civil-rights-movement#)

[%20Selma%2C%20Alabama.](http://www.history.com/news/selma-bloody-sunday-attack-civil-rights-movement#))  See e.g. The Mis-Education of the Negro. By Carter

Godwin Woodson. (Washington: The Associated Publishers, Inc., 1933:

("The so-called modern education, with all its defects, however, does others so much more good than it does the
[so-called Negro; Black people], because it has been worked out in conformity to the needs of those who have
enslaved and oppressed…. For example, the philosophy and ethics resulting from our educational system have
justified slavery, peonage, segregation, and lynching. The oppressor has the right to exploit, to handicap, and to kill
the oppressed. [so-called Negroes; Black people] daily educated in the tenets of such a religion of the strong have
[*wrongly*] accepted the status of the weak as divinely ordained, and during the last three generations of their
nominal freedom they have done practically nothing to change it. Their pouting and resolutions indulged in by a few
of the race have been of little avail…. *'When you control a man's thinking you do not have to worry about his
actions'*…. You do not have to tell him not to stand here or go yonder. He will find his "proper place" and will stay in

it. You do not need to send him to the back door. He will go without being told. In fact, if there is no back door, he will cut one for his special benefit. His education makes it necessary…..

The same educational process which inspires and stimulates the oppressor with the thought that he is everything and has accomplished everything worth while, depresses and crushes at the same time the spark of genius in the [so-called Negroes; Black People] by making him feel that his race does not amount to much and never will measure up to the standards of other peoples……The "educated [so-called Negroes; Black people]" have the attitude of contempt toward their own people because *in their own as well as in their mixed [integrated] schools [*so-called Negroes; Black people] are taught to admire the Hebrew, the Greek, the Latin and the Teuton and to despise the African. Of the hundreds of Negro high schools recently examined by an expert in the United States Bureau of Education only eighteen offer a course taking up the history of the [so-called Negro; Black people], and in most of the Negro colleges and universities where the Negro is thought of, the race is studied only as a problem or dismissed as of little consequence…..*The thought of the inferiority* of the [so-called Negro; Black people] is drilled into him in almost every class he enters and in almost every book he studies. If he happens to leave school after he masters the fundamentals, before he finishes high school or reaches college, he will naturally escape some of this bias and may recover in time to be of service to his people…..

Practically all of the successful [so called Negroes; Black people] in this country are of the uneducated type or of that of [so called Negroes; Black people] who have had no formal education at all…..As another has well said, *'to handicap a student by teaching him that his [B]lack face is a curse and that his struggle to change his condition is hopeless is the worst sort of lynching'.* It kills one's aspirations and dooms him … It is strange, then, that the friends of truth and the promoters of freedom have not risen up against the present propaganda in the schools and crushed it. This crusade is much more important than the anti-lynching movement, because there would be no lynching if it did not start in the schoolroom. *Why not exploit, enslave, or exterminate a class that everybody is taught to regard as inferior?…..*

To be more explicit we may go to the seat of the trouble. Our most widely known scholars have been trained in universities outside of the South. Northern and Western institutions, however, have had no time to deal with matters which concern the [so called Negro; Black people] especially. They must direct their attention to the problems of the majority of their constituents, and *too often they have stimulated their prejudices by referring to the [so called Negro; Black people] as unworthy of consideration…..*")

2.    [www.abhmuseum.org/about/ what-is-the-[B]lack-holocaust/](http://www.abhmuseum.org/about/); See also

[abaforlawstudents.com/2021/11/04/evolution-of-the-bar-exam/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+BeforetheBar+%28Before+the+Bar+Blog%29#:~:text=In%201855%2C%20Massachusetts%20became%20the,exam%2C%20consisting%20of%20only%20essays](http://abaforlawstudents.com/2021/11/04/evolution-of-the-bar-exam/).; See also; [www.loc.gov/exhibits/lincoln/young-lincoln.html#:~:text=Born%20in%20a%20Kentucky%20log,to%20supplement%20his%20family's%20income](http://www.loc.gov/exhibits/lincoln/young-lincoln.html).

3.    See 28 U.S.C. § 1654 ("In all courts of the United States the parties may plead and conduct their own cases personally …., by the rules of such courts, respectively, are permitted to manage and conduct causes therein…..Current through P.L. 118-14 (published on [www.congress.gov](http://www.congress.gov) on 09/22/2023) Section 1654 -

Appearance personally..") ; ([m.youtube.com/watch?v=Q-gZEGyf-7g](m.youtube.com/watch?v=Q-gZEGyf-7g)), See e.g. Flood v. Kuhn U.S. Jun 19, 1972 407 U.S. 258 (1972) (Curtis Charles Flood, …began his major league career in 1956 when he signed a contract with the Cincinnati Reds …He had no attorney or agent to advise him on that occasion.) ; *See also*  Erickson v. Pardus, 551 U.S. 89, 94 (2007)) ("a pro se complaint, .. must be held to less stringent standards than formal pleadings drafted by lawyers.")

4.      See above and below affidavits.





5.      See e.g. Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 104 (U.S. Jun. 29, 2023) ("In fact, [truly] meritocratic systems have long refuted bigoted misperceptions of what [B]lack students [men, and people] can accomplish.");  See e.g. Department of Fair Employment & Hous. v. Law School Admission Council, Inc., 941 F. Supp. 2d 1159, 1168 (N.D. Cal. 2013)

6.      Mr. Austin Won (along with 17 others) a top 10 out of 820+, elite, uber-competitive Senate fellowship (1 of 64 Capital Fellowship winners; *CA Senate*):

"The now-25-year-old, along with fellow Stockton native George Austin, is receiving the opportunity to be at the forefront of state politics for 11 months starting in October after being chosen to be among 18 Senate Fellows as part of the state's Capital Fellows Program….. But being chosen for the program is no easy task…..The Capital Fellows program has twice been named one of the top 10 best internships alongside the likes of NASA, the Smithsonian Institution and Google Inc. Vault.com, a career-planning website that gave the Capital Fellows that top 10 placing out of 821 internship programs, bases its high-ranking selections on the all-around experience interns receive…."It's a rigorous program," Bunch said. "It's like a yearlong training for them, but they're not only doing an internship, they're also taking graduate courses."…There were more than 1,300 applications for the program each of the past two years. Only 64 people are chosen for the entire program."

-   www.recordnet.com/story/news/2012/09/08/just-one-fellows/ 49419856007/

 



;  See e.g. Gonzalez-Rivera v. I.N.S., 22 F.3d 1441, 1449-50 (9th Cir. 1994) ("we have

long regarded *racial oppression as one of the most serious threats to our notion of

fundamental fairness* and consider reliance on the use of race or ethnicity as a

shorthand for likely illegal conduct to be "repugnant under any circumstances." As a

federal court, we must be especially careful to ensure that our laws [and policy] not

encourage, even if only indirectly, ***such impermissible uses of race***. Where as

here it has already been established that the [adverse action or non-action] was

based … on … race, the government's action is analogous to a facial racial

classification. We have long combatted race-based classifications, especially when

they are not designed to advantage less powerful racial groups. As the Supreme Court has emphasized, "'discrimination on the basis of race is illegal, immoral, unconstitutional, inherently wrong, and destructive to democratic society.'" City of Richmond v. J.A. Croson Co., 488 U.S. 469, 521, 109 S.Ct. 706, 736, 102 L.Ed.2d 854 (1989) (Scalia J. concurring). Similarly, in Frazer v. United States, 18 F.3d 778 (9th Cir. 1994) (Trott J.), the Ninth Circuit reaffirmed its commitment to "our national goal of ending racism," id. at 784. In Frazer, we emphasized that "[a]s a nation we have acted decisively to remove all vestiges of racial discrimination from our lives [and that] [n]ot for a moment will we tolerate racist behavior." Id. at 785. In the equal protection context, for example, in light of the abhorrent history of race-based classifications, facial racial classifications carry a presumption of bad faith")

7.      See e.g. Zacchini v. Scripps-Howard Broadcasting Co., 433 U.S. 562, 570 n.4 (1977) (""An actionable invasion of the right of privacy is the unwarranted appropriation or exploitation of one's personality") *see embedded emails referencing emails on 09.11.23; 10.13.23;* See e.g. www2.ed.gov/about/offices/list/ocr/docs/hq43e4.html