**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE JARVIS AUSTIN**, | Case No.: 4:23-CV-05836-YGR |
| Plaintiff, | **ORDER STRIKING FILING AND RESETTING DEADLINES** |
| vs. | |
| **GEORGETOWN UNIVERSITY**, | |
| Defendant. | |

On January 3, 2024, plaintiff George Jarvis Austin filed a document styled "Second Amended Complaint." (*See* Dkt. No. 33.) Presumably, Mr. Austin did so in lieu of filing an Opposition to defendant Georgetown University's pending motion to dismiss.

However, Mr. Austin already amended his complaint once. (*See* Dkt. No. 12, Plaintiff's First Amended Complaint ("FAC").) He may not do so again without leave of court or consent of the opposing party, neither of which have been granted.[1] Thus, because the "Second Amended Complaint" was improperly filed, it is **STRICKEN**. Plaintiff is **ORDERED** to respond to defendant's motion to dismiss by **Tuesday, January 16, 2024**. Defendant's deadline for filing their reply brief is reset for **Tuesday, January 23, 2024**.

In addition, plaintiff is hereby **ADMONISHED** to limit his filings to documents pertaining to specific motions or hearings. Plaintiff's multiple submissions of "notices" or "affidavits," including their exhibits, are apparently unrelated to any pending motion or pleading, and thus are improper filings which will not be considered by the Court.

**IT IS SO ORDERED**.

Dated: January 9, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Fed. R. Civ. P. 15(a) ("A party may amend its pleadings *once* as a matter of course no later than 21 days after serving it, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.")(emphasis supplied).