UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GEORGE JARVIS AUSTIN, Plaintiff (*Admitted Student* ),

**NOTICE OF WITHDRAW ENTIRE CASE WITHOUT COURT ORDER UNDER FRCP [RULE 41](#)**

v.

GEORGETOWN UNIVERSITY, Defendant (*Federal Tax Identification Number: **53-0196603***)

Case No. **[4:23-cv-05836-YGR](#)**

**George Jarvis Austin, Plaintiff (Self-represented)**
**2107 Montauban Ct., Stockton, CA**
**209.915.6304,**
**gaustin07@berkeley.edu**

**Note:**  Mr. George Jarvis Austin is an *admitted* Georgetown student, filing complaint(s) about Georgetown's *ongoing* **1.** [Equal Protection](#) **2.** [42 USC 1981](#) **3. Deceit, False Promises, Misrepresentations, Omissions and Actual Fraud (with Malice) 4. Negligence and 5. Bad Faith violations of his rights (including fundamental violations of privacy, contract, and publicity rights as well as those enumerated above) as witnessed by over 50+ separate persons.  As a Pro Se Litigant, and individual person, Mr. Austin upholds, and reminds of, his as well as Georgetown's ongoing duty to privacy (***and other enumerated duties***) throughout the litigation, or settlement, phases of this legal process with *$10 - $15* million *minimum* Demand depending on structure, context and timing).    Mr. Austin is a whistleblower; As part of providing 'notice' of documented formal complaints to Georgetown [ideaa@georgetown.edu](mailto:ideaa@georgetown.edu),  [generalcounsel@georgetown.edu](mailto:generalcounsel@georgetown.edu), [presidentsoffice@georgetown.edu](mailto:presidentsoffice@georgetown.edu), [media@georgetown.edu](mailto:media@georgetown.edu), [privacy@georgetown.edu](mailto:privacy@georgetown.edu), [visualidentity@georgetown.edu](mailto:visualidentity@georgetown.edu), [lawdeanofstudents@georgetown.edu](mailto:lawdeanofstudents@georgetown.edu), (showing *"deliberate indifference; discriminatory animus"*) included 50+ outside expert 'witnesses' including   [ocr@ed.gov](mailto:ocr@ed.gov), [privacyTA@ed.gov](mailto:privacyTA@ed.gov), [studentaid@ed.gov](mailto:studentaid@ed.gov), and [whistleblowercoordinator.oig@ed.gov](mailto:whistleblowercoordinator.oig@ed.gov), in real time.**

NOTE: Mr. Austin's (Plaintiff's, self-represented with limited resources) technology is not currently allowing the showing of line numbering although he has repeatedly attempted to correct the technological issue (it is unintentional, and *shall be corrected as soon as able*)  Erickson v. Pardus, 551 U.S. 89, 94 (2007)) "a pro se complaint, .. must be held to less stringent standards than formal pleadings drafted by lawyers."

George Jarvis Austin, Plaintiff (Self-represented)
Austin v. Georgetown University, Case No. 3:23-cv-00067-AGT
2107 Montauban Ct., Stockton, CA
209.915.6304,
gaustin07@berkeley.edu

# PLAINTIFF'S 'NOTICE' WITHDRAWAL OF ENTIRE CASE WITH ONGOING VIOLATIONS <u>WITHOUT NEED</u> OF COURT ORDER PER RULE 41

I. Mr. Austin Self-Represented, Plaintiff, Pro Se, George Jarvis Austin provides notice of withdrawal or voluntary dismissal or this entire case **4:23-cv-05836-YGR** under Rule 41 of FRCP without need of Judicial Order per Rule 41 of FRCP(A)(1)(A)(i - 'notice'); Mr. Austin is able to address these ongoing Defendant Georgetown issues, and violations, in another manner (as well as is mindful of (repeated) demonstrated anti-Black male judicial misconduct, and anti-Black male animus-conduct, by this particular Judge and thus provides **notice of voluntary dismissal or withdrawal the of entire case as of 5:45 pm PST on 1.9.24**.

II. This Serves as Notice that because no Defendant Answer, nor Motion for Summary Judgment has been filed, Mr. Austin can without Court Order Voluntarily withdraw or Voluntarily Dismiss under FRCP Rule 41, and exercises his Rights to Do So. See Fed. R. Civ. P. 41 ("(a) VOLUNTARY DISMISSAL. (1)By the Plaintiff. (A)Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment")

George Jarvis Austin, Plaintiff (Self-represented)
Austin v. Georgetown University, Case No. 3:23-cv-00067-AGT
2107 Montauban Ct., Stockton, CA
209.915.6304,
gaustin07@berkeley.edu

III.    Thus, Mr. Austin withdraws or voluntarily dismisses; motions to withdraw or voluntarily dismisses this entire case **without need for Court Order under Federal Rules of Civil Procedure Rule 41**.


**George Jarvis Austin**
**s/ George Jarvis Austin, Self Represented, 1/9/24**

George Jarvis Austin, Plaintiff (Self-represented)
Austin v. Georgetown University, Case No. 3:23-cv-00067-AGT
2107 Montauban Ct., Stockton, CA
209.915.6304,
gaustin07@berkeley.edu

# SWORN AFFIDAVIT; SIGNATURE.

**All above statements, plead facts and those included as exhibits, or affidavits, are true, and as I, George Jarvis Austin personally experienced, witnessed, and observed per Rule 41 Notice of Voluntary Dismissal. These signed and sworn declarations of facts, experiences, investigations, findings, etc. are as The Department of Justice, National Institute of Justice specifies for the Legal Requirements of an Affidavit "A sworn affidavit is a voluntary declaration of facts, findings, conclusions or opinions of the declarant, given with their affirmation that the contents are also true. The declarant or affiant swears to the veracity (truthfulness) of their statements." Further, all legal references which highlight, Mr. Austin's, plead facts as relevant, decisive, persuasive and compelling have been affirmed by the United States Supreme Court, Ninth Circuit, Northern District and California Courts.**

**George Jarvis Austin**

**s/ George Jarvis Austin, Self Represented, 1.9.24**