George Jarvis Austin, Plaintiff (Self-represented)
Austin v. Georgetown University, Case No. 3:23-cv-00067-AGT
2107 Montauban Ct., Stockton, CA
209.915.6304,
gaustin07@berkeley.edu

# **SWORN AFFIDAVIT; SIGNATURE.**

**All above statements, plead facts and those included as exhibits, or affidavits, are true, and as I, George Jarvis Austin personally experienced, witnessed, and observed per Rule 41 Notice of Voluntary Dismissal. These signed and sworn declarations of facts, experiences, investigations, findings, etc. are as The Department of Justice, National Institute of Justice specifies for the Legal Requirements of an Affidavit "A sworn affidavit is a voluntary declaration of facts, findings, conclusions or opinions of the declarant, given with their affirmation that the contents are also true. The declarant or affiant swears to the veracity (truthfulness) of their statements." Further, all legal references which highlight, Mr. Austin's, plead facts as relevant, decisive, persuasive and compelling have been affirmed by the United States Supreme Court, Ninth Circuit, Northern District and California Courts.**

**George Jarvis Austin**

**s/ George Jarvis Austin, Self Represented, 1.9.24**