ONE LEGAL (/Dashboard) | Dashboard(/Dashboard) | Drafts(/Drafts) | Orders(/OrderStatus) | Cases(/CasePortfolio) | Help | Account



| | |
|---|---|
| **Confirmation #:** | 29689426 |
| **Case Title:** | George Jarvis Austin; (Admitted Student) v. Georgetown University (Fed.Tax.Id. #53-0196603) |

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | United States District Court, Northern District of California |
| **Court Branch:** | Northern District of California - District - Oakland |
| **Court City/ZIP:** | Oakland 94612-5212 |
| **Case #:** | 4:23 cv 05836-YGR (LJC) |
| **Hearing Date:** | 1/9/2024 |
| **Hearing Time:** | 6:28 PM |
| **Hearing Room:** | NOTICE:Dkt |
| **Plaintiff:** | George Jarvis Austin; (Admitted Student) |
| **Defendant:** | Georgetown University (Fed.Tax.Id. #53-0196603) |
| **Representing:** | In Pro Per |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | Delivery |
| **Date/Time Submitted:** | 1/9/2024 6:42 PM PT |
| **Contact Name:** | George Austin |
| **Attorney Name:** | none |
| **Email Notification:** | Contact |
| **Special Instructions:** | PHOTO AFFIDAVIT TO ENSURE WAS SERVED DELIVERED |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded | Total Pages |
|---|---|---|---|
| Notice | Notice | 4 | |
| Affidavit | Affidavit | 1 | |

## COURTESY COPY DELIVERY

**Courtesy copy order #:**

21980539

© InfoTrack US
Version: 7.0.3101 | Customer #0150501

Accessibility statement (https://www.onelegal.com/accessibility/)    |

Privacy policy (https://www.onelegal.com/privacy/)    |    Terms of service (https://www.onelegal.com/terms/)