**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE JARVIS AUSTIN**, | Case No.: 4:23-CV-05836-YGR |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| **GEORGETOWN UNIVERSITY**, | |
| Defendant. | |

On January 9, 2024, plaintiff George Jarvis Austin filed a notice indicating his desire to voluntarily dismiss the above-captioned case. (Dkt. No. 36.)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **ORDERS** this case **DISMISSED WITHOUT PREJUDICE**. All hearings and deadlines are hereby **VACATED**. The motions pending at Dkt. Nos. 22 and 29 are **TERMINATED AS MOOT**.

The Clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated:   January 10, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**